# UNION PACIFIC RAILROAD
# TRACK LABORER
# SYSTEM GANG / SECTION GANG
# JOB DESCRIPTION BRIEF

## JOB PURPOSE

The objectives of the job are to (1) observe the condition of track, track bed, or right of way for damage, defects, or obstructions; (2) perform track maintenance, repair, and installation; (3) handle and move track materials and supplies; (4) work with hand-held equipment; and (5) assure safety and health for self and coworkers.

## ESSENTIAL JOB FUNCTIONS

The statements in this section are essential job functions that an employee must be able to perform with or without reasonable accommodation in order to achieve the objectives of the job.  In this regard, please note that the description is generic and represents a composite across likely position assignments. There may be position specific differences related to geography, available technology, work force levels, incumbent seniority level, etc. which should be clarified in individual situations.

**OBSERVE THE CONDITION OF TRACK, TRACK BED, AND TRACK RIGHT OF WAY FOR PROBLEMS AND DEFECTS.** Make quick visual inspections for broken rails, defective switches and signals, deteriorating track bed, track obstruction and weather related problems; check switch points; observe right of way and passing trains for shifted loads and spillage.

**PERFORM TRACK MAINTENANCE, REPAIR, AND INSTALLATION.** Cut vegetation and brush; drive spikes into ties with spike maul; pull spikes with claw bar; install and remove rail anchors; slide, place, and align tie plates under rails with tie plate hook; cut in rails; plug spike holes; with assistance, lift rails using manual track jack; sweep off dust and snow from movable track parts or switches; set up switch heaters. Clean up track and surrounding areas.

**HANDLE AND MOVE TRACK MATERIALS AND EQUIPMENT.** With assistance, load/unload equipment weighing 85 to 100 lbs. (air hammer, rail drill) from back of cart or truck and carry to work site.  Without assistance, load/unload equipment weighing 50 to 75 lbs. (track jack and rail saw).  With assistance, may remove and install rail using rail tongs.  May remove ties and slide new ties into place using two man tie tongs.  Move debris away from work site (spike cans, anchors).

**MAINTAIN TRACK BED.** Remove and replace ballast; tamp ballast using tamper or shovel; unload or assist in unloading ballast from cart or truck.

**WORK WITH EQUIPMENT.**  Safely and effectively operate and maintain the following (but not limited to): an air or hydraulic hammer to drive spikes; air, gas or hydraulic-powered wrenches to loosen or tighten track bolts; hydraulic or gas power packs, rail drill to drill holes in rail; rail saw to cut rails, caulk gun, sledge hammer, weed whackers, gas or hydraulic tampering tools, hand grinders, etc.

EXHIBIT 2

**Note: This document does not in any way modify or supersede applicable labor agreements, work rules, scope rules, or existing work practices established at local levels.**

TRACK LABORER/SYSTEM GANG/SECTION GANG
05/2009

DF_000099 [Woodus]

**PRACTICE SAFE WORK HABITS.** Understand and follow company and Federal safety rules, practices, and procedures and wear prescribed safety apparel, ie, personal protective equipment (PPE). Take appropriate action when conditions threaten safety of self or coworkers. Ensure equipment and work area are in safe operating condition before starting work. Monitor for emergency situation by identifying visual signals and warning sounds. Perform and participate in job briefings.

**ATTENDANCE.** Attendance in compliance with the applicable attendance policy is an essential function of this position.

## JOB REQUIREMENTS

The following skills and abilities are judged to be critical for performing the essential job functions in a safe and effective manner. Job candidates and employees may satisfy these requirements with or without reasonable accommodation.

**READ AND UNDERSTAND JOB INFORMATION WRITTEN IN ENGLISH.** Must be able to read, understand information printed on safety placards, safety rule books, track bulletins, training material, and other posted bulletins.

**COMMUNICATE WITH COWORKERS.** Must be able to provide advisory/alert information, coordinate work, and describe nature of technical defects to coworkers and foremen in English in a clear concise manner. Involves verbal job briefings and use of telephones and radios.

**PROBLEM SOLVING.** Must be able to anticipate, evaluate, and consider the consequences of various actions when required to make on-the-job decisions without benefit of supervision.

**TECHNICAL COMPETENCIES.** Must be able to safely operate the hand-held equipment and tools described above (spike maul, claw bar, track jack, air hammer, power wrenches, rail drill and rail saw).

**TEAMWORK.** Must be able to work in a team environment, which requires cooperating with others, offering help when needed, and maintaining positive working relationships with coworkers and supervisor/foremen.

**VISION AND HEARING.** Must be able to make quick visual inspections and comparisons at near distances to determine if objects meet specifications; must be able to detect and interpret visual color signals and displays (wayside and yard signals, equipment gauges) at near and far distances; recognize sounds and changes in sounds that function as warning signals. Color vision will be required for advancement beyond track laborer position.

**PERFORM PHYSICAL ACTIVITIES.** Must be able to exert physical strength sufficient to lift/carry and push/pull equipment and other objects weighing 25 lbs. (frequently); 50 lbs. (occasionally) and 75 lbs. (infrequently). Must have flexibility sufficient for track maintenance tasks such as flexing to pick up tie plates and balance sufficient to walk on ballast and ground frequently. Must be able to remain standing for more than half of work day with periodic breaks. Position requires occasional climbing on ladders, bending, stooping, and kneeling. Must have good eye hand coordination and bilateral dexterity.

**Note: This document does not in any way modify or supersede applicable labor agreements, work rules, scope rules, or existing work practices established at local levels.**

TRACK LABORER/SYSTEM GANG/SECTION GANG
05/2009

DF_000100 [Woodus]

## WORK CONDITIONS

Employees must be willing and able to perform the essential functions, with or without reasonable accommodation, the following work conditions:

**WORK ENVIRONMENT.** Work is constantly performed outdoors requiring exposure to all weather conditions, often on ballast and ground, typically on ballast. Potential exposure to power equipment, passing trains, dust from ballast, mud, and pollen from vegetation. Position requires use of hearing protection.

**JOB SCHEDULE ENVIRONMENT.** Must be willing to work shift assignments which may include variable shifts with overtime, weekends, or holiday assignments and take overtime calls; work may be seasonal based upon weather, business conditions, or seniority.

**SAFETY ENVIRONMENT.** Functions performed on or around moving or rotating equipment; work is performed around other employees engaged in spiking, picking and tampering.

**LINE OF PROGRESSION.** Opportunities exist for advancement to positions such as machine operator, foreman, track inspector and supervisor.

**Note: This document does not in any way modify or supersede applicable labor agreements, work rules, scope rules, or existing work practices established at local levels.**

TRACK LABORER/SYSTEM GANG/SECTION GANG
05/2009

DF_000101 [Woodus]