IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOEY WOODUS                                                          PLAINTIFF

v.                                    CASE NO. 4:16-CV-745 BRW

UNION PACIFIC RAILROAD COMPANY                              DEFENDANT

### DECLARATION OF JOHN CHARBONNEAU, M.D.

1.      My name is John Charbonneau, M.D.  I am over the age of 18 years and competent to make this affidavit.

2.      I have been a contractor with Union Pacific Railroad Company ("UPRR") since 1989.  My current position is Associate Medical Director in Health and Medical Services ("HMS").

3.      I am a board-certified occupational medicine physician, concentrating on the diagnosis, treatment, management, and prevention of injury or disease related to occupational physical and environmental factors.  My curriculum vitae is attached as **Exhibit A.**  The evaluation of impairment, medical restrictions, or disability related to both occupational and non-occupational injuries, diseases, and disorders is integral to my practice.

4.      As the Associate Medical Director, I conduct and oversee medical evaluations, known as fitness-for-duty evaluations, of employees with reportable health events, as defined in UPRR's Medical Rules.

5.      In my position, I am familiar with and rely upon UPRR's Medical Rules.  A copy of UPRR's Medical Rules is attached as **Exhibit B.**  UPRR's Medical Rules provide that HMS may use guidelines or other materials produced by government agencies or other sources as

references in carrying out fitness-for-duty evaluations. I am familiar with such guidelines, including those published by the Federal Motor Carrier Safety Administration ("FMCSA").

6. Agency guidelines act as a starting point for our recommendation of any medical restrictions. We conduct an individualized assessment of each employee to determine whether strict application of the agency guidelines is appropriate or should be modified in any way to account for the employee's particular medical history.

7. The objective of a fitness-for-duty evaluation is to determine whether the employee is medically and functionally able to safely perform his or her job. Pursuant to UPRR's Medical Rules, "HMS is the final authority for determining an employee's Fitness-for-Duty designation." Exhibit B at p. DF_000103. The Medical Rules provide that all Dispatchers and Operating Department employees, which includes Engineering Services and by extension Mr. Woodus's position as a track maintenance worker, must "[n]otify HMS as soon as practicable if he/she experiences any of the health events listed in Appendix B of these Medical Rules." *Id.* Reportable health events include "Seizure or Loss of Consciousness." *Id.* at DF_000112. The Medical Rules further provide that if an employee experiences a reportable health event, "the employee should not report for, or perform, his/her job until Fitness-for-Duty clearance has been provided for such work by HMS." *Id.* at p. DF_000103.

8. In conducting fitness-for-duty evaluations, HMS utilizes an electronic system called eHealthSafe in which HMS staff, including its nurses, Chief Medical Officer, John P. Holland, M.D., and me, in my capacity as Associate Medical Director, log notes regarding any review of an employee's files, receipt of new medical records, or communication with the employee during the fitness-for-duty evaluation process. That system is capable of producing a report of all notes by all HMS staff regarding the employee's evaluation titled "Medical

Comments History", which is logged in reverse chronological order so that the most recent comments appear at the beginning of the document. A true and accurate copy of Mr. Woodus's Medical Comments History is attached hereto as **Exhibit C.**

9.      When an HMS occupational health nurse, or other member of HMS staff, makes an entry on the cHealthSafe system for me to review, they will send me a notice to my work queue. I routinely check my work queue each day to review cases in the work queue.

10.     Upon review of an employee's medical records, HMS will designate the employee as either fit for duty, fit for duty with restrictions, or not fit for duty. HMS determines what, if any, medical work restrictions to assign to an employee by conducting an individualized assessment of the employees' medical records, in light the employee's job description and duties and applicable or relevant agency guidelines. HMS then reports any medical restrictions to the employee's supervisor who determines whether such restrictions can be accommodated.

11.     I participated in reviewing medical records and conducting a fitness-for-duty evaluation for Mr. Woodus after HMS received a telephone call from one of Mr. Woodus's co-workers on March 2, 2016, stating that Mr. Woodus had experienced stroke-like symptoms and was taken to the emergency room. At that time, the co-worker stated that Mr. Woodus was still in the hospital. HMS informed the co-worker that, pursuant to UPRR's Medical Rules, Mr. Woodus would require a fitness-for-duty evaluation prior to returning to work based on his reportable health event. *See* Exhibit C at p. DF_001741.

12.     The following day, on March 3, 2016, Mr. Woodus called HMS and stated that he did not go to the emergency room, had not been hospitalized, and did not have a stroke. He stated that he would submit clinic notes and test results along with a full-duty release from his doctor. *Id.*

13.     On March 7, 2016, Mr. Woodus submitted a note from his family physician, Dr. Archie Hearne, dated March 3, 2016. The March 3, 2016 records from Dr. Hearne are attached as **Exhibit D**. He again denied going to the emergency room or having any testing done. Exhibit C at p. DF_001741. The clinic note showed a CVA, or cerebrovascular accident, commonly referred to as a stroke. Exhibit D at p. DF_000335. Mr. Woodus stated that he had not had a stroke that year, 2016, but had a stroke the year prior, in 2015. Exhibit C at p. DF_001741.

14.     I reviewed the clinic note provided by Mr. Woodus on March 7, 2016. Upon review, I found that the clinic note contained conflicting information. Specifically, the note stated that the CVA was linked to the March 3, 2016 clinic visit—in other words, that the CVA diagnosis was a current diagnosis at that time. The "history" section in the clinic notes also stated that Mr. Woodus, "[p]assed out at work." Based on my review of the clinic note provided by Mr. Woodus, I found that he was not fit for duty at that time. I noted that HMS needed to review all records from all providers who had treated Mr. Woodus since the reported episode began, as well as records of the stroke he acknowledged having the year before. I also noted that Mr. Woodus would need a full neurology and cardiology evaluation based on the reported loss-of-consciousness event. *See* Exhibit C at p. DF_001740; Exhibit D.

15.     Woodus executed an authorization, and HMS received records from Duncan Hospital in Duncan, Oklahoma, where Mr. Woodus was taken to the emergency room on March 2, 2016. The records from Duncan Regional Hospital are attached as **Exhibit E**. I reviewed the records from Duncan Hospital on March 15, 2016. Exhibit C at pp. DF_001739-1740. The Duncan Hospital records indicated that Mr. Woodus's co-workers called emergency medical services after they observed him to be confused and shaking when they went to check on him in

4

his hotel room because he did not wake up on time to report for work. Exhibit E at p. DF_000302. Emergency medical services transported Mr. Woodus to Duncan Regional Hospital. Upon arrival at the hospital, Mr. Woodus had an altered mental status, aphasia, and dysarthria, or slurred speech. Exhibit E at p. DF_000299. A head CT scan showed left frontal changes that his treating physicians opined were from his previous CVA a year before. The records also indicated that Mr. Woodus was sent for an MRI but could not complete the study because he became nauseous. Exhibit E at p. DF_000301. After his nausea was controlled, however, Mr. Woodus refused the MRI. *Id.* Treating physicians also ordered an EEG, but he left the hospital against medical advice before the study was completed. *Id.* Woodus's admitting diagnosis was "Transient Ischemia," presumably a transient ischemic attack ("TIA"), but serious consideration was also given to a seizure diagnosis. *Id.* at pp. DF_000301; 307.

16. Based on the lack of complete medical documentation, I maintained Mr. Woodus's status as "not fit for duty." I again instructed that Mr. Woodus should follow up with his doctors and have a full neurology and cardiology work-up. Exhibit C at p. DF_001739-1740. This information was relayed to Mr. Woodus on March 15, 2016. *Id.* I also asked HMS to review our prior cases to determine whether Mr. Woodus had reported his stroke the year before as required by UPRR's Medical Rules. *Id.*

17. On March 23, 2016, I was informed by an HMS nurse that Mr. Woodus had not reported his stroke in 2015 and that no fitness-for-duty evaluation had been conducted at that time. Exhibit C at p. DF_001739.

18. Mr. Woodus attended an appointment with his primary care provider, Dr. Archie Hearne, on April 12, 2016. I spoke with Dr. Hearne via telephone the same day. Dr. Hearne confirmed that Woodus had a stroke in 2015. He was uncertain of the cause of Mr. Woodus's

most recent episode in March of 2016, but strongly advised Mr. Woodus to have the appropriate evaluations. He indicated that he had referred Mr. Woodus for an evaluation by a cardiologist, Dr. Randy Minton, which was negative. He stated that he was also referring Mr. Woodus for a neurology evaluation. After speaking with Dr. Hearne, I found that Mr. Woodus should remain classified as "not fit for duty" pending receipt and review of complete cardiology and neurology evaluations. *See* Exhibit C at p. DF_001738.

19.     On May 17, 2016, UPRR received additional medical records from Mr. Woodus, which I reviewed. Exhibit C at p. DF_001737. The records contained both new and old information. Specifically, the records consisted of an echocardiogram from April 13, 2015, **Exhibit F**; clinic notes from Dr. Hearne, dated March 3, 2016, Exhibit D at pp. DF_000332-336; and a brain MRI from April 29, 2016, attached as **Exhibit G**. Based on the limited information available at that time, I opined that Mr. Woodus's prior stroke in 2015 had been non-cortical or non-subcortical in nature, and would have warranted one year of sudden incapacitation restrictions under the FMCSA's guidelines. Exhibit C at p. DF_001737.

20.     Specifically, the notes from the evaluating neurologist, Dr. Mohammed Daaif, mentioned an area of infarct in the pons and an ill-defined periventricular area, which could have been brain stem or could have been subcortical. *See* Exhibit G. Based on the limited medical records available to me at the time, however, I referred to it as a brain stem infarct that would have required one year of medical restrictions. A year had already elapsed since Mr. Woodus's 2015 stroke. Thus, I did not believe the 2015 stroke warranted additional medical restrictions or should extend the one year of medical restrictions in place for Mr. Woodus's 2016 stroke at that time. Nevertheless, Mr. Woodus still had not provided complete records of a cardiovascular or

neurological evaluation, and thus, I maintained my opinion that he was "not fit for duty" based on incomplete documentation. Exhibit C at p. DF_001737.

21.     Mr. Woodus submitted complete records of neurology and cardiology evaluations to HMS on August 12, 2016. Exhibit C at p. DF_001736. Upon review of those records, I noted that Mr. Woodus had not provided accurate information to Dr. Daaif, and had stated that he had never had a stroke prior to the March 2016 incident. He also told Dr. Daaif that his symptoms in March 2016 were the result of taking cold medicine. I also noted that the MRI submitted by Plaintiff showed evidence of his 2015 stroke and that his EEG from June 7, 2016, did not show evidence of seizures. *Id.* at DF_001735; *see also* EEG attached as **Exhibit H**; Dr. Daaif July 13, 2016 notes attached as **Exhibit I**. Based on the inconsistent information provided, I concluded that Mr. Woodus had experienced an unexplained loss of consciousness event in March 2016. Exhibit C at p. DF_001735. Under the FMCSA guidelines, this warranted one year of sudden incapacitation restrictions. A TIA would have also required one year of sudden incapacitation restrictions from the date of his episode under the FMCSA guidelines.

22.     Accordingly, I assigned Mr. Woodus the following sudden incapacitation restrictions for the period of one year from the date of his episode, March 2, 2016:

1.  Not to operate company vehicles, on-track or mobile equipment, or fork-lifts.

2.  Not to work on rail trains or work trains dumping ballast. (Can perform work remaining between the rails of the occupied track or to the filed side of the occupied track. Where there are adjacent tracks with less than 19 foot track centers, utilize on-track safety protection following normal safety and Maintenance of Way rules).

3.  Not to operate cranes, hoists, or machinery, if these activities might create a risk of harm to others or a risk of catastrophic injury to the employee.

4. Not to work at unprotected heights, over 4 feet above the ground (Can work on the beds of trucks, and occupy bridges following normal safety rules).

5. Not to work on 1-man or 2-man gangs (i.e., switch oiler, inspector, welder or helper job, 2-man section gang). Must have at least 2 additional employees on gang or at work area in order to use Train Approach Warning regulations (Lookout).

6. If a new job assignment is considered, out of the Engineering Department, Health and Medical Services must review the job requirements and determine if the employee can safely perform the essential functions of the job.

*Id.*

23.   I spoke via telephone with Mr. Woodus on August 18, 2016. At that time, Mr. Woodus expressed that he felt certain he would not be able to return to his position as a track maintenance worker with the medical restrictions we had assigned. I explained that HMS is only responsible for assigning medical restrictions based on our review of his medical records, and that his employing department would determine whether he was capable of performing his prior job within those restrictions. Mr. Woodus stated he had co-workers with the same conditions as him who had been permitted to return to work, and he mentioned discrimination. I explained the individualized nature of our assessment in each case, and that the exact diagnoses and waiting periods could vary depending on the specific medical facts of each case. *Id.* at pp. 1734-1735.

24.   Based on my phone call with Mr. Woodus, and his expressed disagreement with our findings, I began the process of arranging to have his file reviewed by an independent examiner. *Id.* The process of obtaining a review from was stalled, however, because UPRR had difficulty obtaining images from Mr. Woodus's brain MRI and tracings from his EEG to submit to obtain as complete and thorough an evaluation as possible.

25.   In May 2017, Mr. Woodus contacted HMS staff regarding what information he needed to provide for review of his fitness-for-duty status. *Id.* at p. DF_001730. HMS noted

that the evaluation should include documentation of any further neurologic events since March 2016, including any incidents of loss of consciousness, alteration in consciousness, TIA, stroke, or other related episodes.  Plaintiff submitted the requested evaluations on August 31, 2017. Plaintiff still had not provided complete documentation of his 2015 stroke incident at this time. *Id*. at pp. DF_001728-1729.

26.    HMS received and reviewed the complete records from Baptist health regarding Plaintiff's 2015 stroke on September 15, 2017.  The complete 2015 records indicated that Plaintiff was hospitalized in April 2015 after experiencing slurred speech for two days.  The 2015 records included a brain MRI showing "4 relatively acute infarcts," and a cerebral angiogram from April 16, 2015, showed an occlusion of the left middle cerebral artery and the left vertebral artery.  Mr. Woodus's brain MRI from April 13, 2015, is attached as **Exhibit J.** This supported a finding that Mr. Woodus had experienced multiple strokes involving the cortical areas of the left hemisphere in 2015, which would warrant five years of sudden incapacitation restrictions from the date of the 2015 episode pursuant to FMCSA guidelines.

27.    After obtaining complete documentation of Mr. Woodus's 2015 stroke during this litigation, UPRR is now working to send his file for an independent evaluation.

I declare under penalty of perjury that the foregoing is true and correct.

John Charbonneau, M.D.

Executed on: ___11/16/17___

Date

## CURRICULUM VITA

**Name:**              John D. Charbonneau, M.D., MPH, FACOEM

**Address:**           The Greeley Medical Clinic
                       1900 16th Street
                       Greeley, CO 80631
                       Phone: 970-350-2471
                       Fax: 970-350-2418

**Date of Birth:**     January 26, 1952

**Board Certification:**  American Board of Preventive Medicine in Occupational Medicine, 1986

**Fellowship Status:**  Fellow, American College of Occupational and Environmental Medicine, 1995

**Education:**         Andrean Catholic High School
                       Merrillville, Indiana
                       Salutatorian, 1970

                       Valparaiso University
                       Valparaiso, Indiana
                       Bachelor of Science (BS) Biology & Chemistry, with distinction
                       1974

                       Indiana University School of Medicine
                       Indianapolis, Indiana
                       MD, 1978

                       Surgical Internship
                       University of Colorado Health Sciences Center
                       Denver, Colorado
                       1979

                       Completed course entitled "Communication with the Hispanic Client for
                       Health Professionals,"
                       Purdue University Department of Continuing Education
                       1980

                       Attended workshop on Utah Worker's Compensation Law
                       Salt Lake City, Utah
                       1982

                       Resident in Occupational Medicine at the University of Utah Medical Center
                       Rocky Mountain Center for Occupational & Environmental Health
                       1982 – 1984

                       Master of Public Health (MPH)
                       University of Utah, 1989



EXHIBIT

A

Charbonneau Aff.

## Professional Experience:

**December 2006 to Present**

> *OCCU-CARE, Inc.®,*
> Founder and President
> Full-time private practice occupational medicine
>
> *CHAMPS, Inc.*
> Corporate Health and Medical Programs, Inc.
> Medical Director – since 1994
>
> *Union Pacific Railroad*
> Regional Consulting Physician – since 1989
> Regional Medical Director — since 1999
> Associate Medical Director – since 2004
>
> *Hewlett Packard Co* (since 1991)
> *Agilent Technologies* (since spin-off)
> *State Farm Insurance* (since 1986)
> *Kodak Colorado Division* (since 1997)
> Designated Treating Physician

**July 1994 to December 2006**

> *OCCU-CARE, Inc.®/ The Ramazzini Center®*
> Founder and President
> Full-time private practice occupational medicine
>
> *CHAMPS, Inc.*
> Corporate Health and Medical Programs, Inc.
> Medical Director – since 1994
>
> *Union Pacific Railroad*
> Regional Consulting Physician – since 1989
> Regional Medical Director — since 1999
>
> *Hewlett Packard Company*
> Regional Physician Consultant to three Hewlett Packard facilities – since 1991
>
> *State Farm Insurance*
> Regional Medical Director for Colorado, Wyoming and Utah – since 1994
>
> *Benchmark Worker Rehabilitation Services*
> Medical Director through August, 2000
>
> *Kodak Colorado Division*
> On-site physician consultant – since 1997
>
> *Colorado Division of Worker's Compensation*
> Author of and lecturer for Level II Accreditation course for physicians treating patients with
> Worker's Compensation injuries and performing impairment ratings – since 1992 .

**July 1990 to July 1994**

*CHAMPS, Inc.*
*Corporate Health and Medical Programs, Inc.*
Vice-President,
Director, Occupational Medicine
Full-time practice of Occupational Health within a multi-disciplinary group practice
Greeley, Colorado

*United States Pollution Control, Inc. (USPCI)*
Consulting Corporate Medical Director, developing policy and procedures for a nationwide
hazardous waste disposal company.

*Union Pacific Railroad*
Consultant to local service unit since 1990. Regional consulting physician to UPRR for
Colorado, Wyoming and western Kansas and Nebraska.

Provide Occupational Medicine Consultation Services to *Monfort of Colorado* (Red Meat
Division of Con Agra), *Teledyne Waterpik, Anheuser Busch, Hewlett Packard Company, State
Farm Insurance, Colorado Compensation Insurance Authority* and many other companies.

*BENCHMARK Worker Rehabilitation Services*
Medical Director
State of the art work conditioning program.

Full-time practice of Occupational Medicine including direct injury/illness patient care, case
management, medical surveillance examinations, independent medical examinations and
impairment ratings and corporate level consultation services (as above).

**July 1986 to July 1990**

*WorkCare Clinic*
Salt Lake City, Utah
Established a full-service ambulatory care Occupational Medicine practice with one practice
partner. Provided screening exams, injury and illness care, rehabilitation services, case
management and Occupational Health Consultation services to hundreds of companies in Salt
Lake City and suburbs.

*Workers' Compensation Fund of Utah*
Salt Lake City, Utah
Physician consultant for Case Management and lectures to adjusters and management.

*Milne Truck Lines, Inc.*
Pleasanton, CA (until 1987). Consultant Corporate Medical Director for a large interstate
trucking company. Established and maintained corporate policies and procedures. Medical
liaison between company and various health care providers in nine western states.

Independent medical exams/impairment ratings. Performed IMEs and Impairment Ratings for
employers, insurance companies and attorneys.

Occupational Medicine Consultant Services

**December 1983 to July 1986**

*Intermountain Regional Medical Director, WorkMed Occupational Health Clinics*
3238 West 2100 South
Salt Lake City, Utah
(An affiliate of Intermountain Health Care, Inc.)

*Intermountain Regional Medical Director*
Develop policy and procedures for facilities throughout Utah including: Salt Lake City WorkMed
Occupational Health Clinic, Intermountain Power Project First Aid Facility, Defense Depot,
Ogden– U.S. Army Health Clinic, Decker Lake Youth Detention Center.

*Salt Lake City WorkMed Occupational Health Clinic*
Ensure that appropriate medical care is rendered to all clinic patients with occupational injuries
and illness. Direct the activities of physicians, physician assistants, medical technicians, physical
therapists and x-ray technicians employed at the clinic. Responsible for establishing appropriate
protocols for each client company based on the hazards and potential exposures at the work site
and the needs of the company, and to ensure that protocols were followed.

*Intermountain Power Project - First Aid Facility*
(Major, remote construction site)
Establish and maintain policies and procedures for the facility. Supervision of the activities of the
facility physician assistant – manager and staff. Weekly visits to site to see patients and review
all charts.

*Defense Depot Ogden - US. Army Health Clinic*
Administrative, technical and medical support to site medical officer

*Decker Lake Youth Detention Center*
Salt Lake City, Utah
Establish and maintain policies and procedures for the facility medical station. Supervision of
facility registered nurse.

*Milne Truck Lines, Inc.*
Pleasanton, California
Consultant Corporate Medical Director for a large interstate trucking company. Establish and
maintain company policies and procedures. Medical liaison between company and various health
care providers in nine western states.

**August 1982 to December 1983**

*Medical Director – U.S. Steel – Geneva Works*
P.O. Box 510
Provo, Utah 84603

Responsible for Medical Department at U.S.S. --- Geneva Works—a plant of 3,500 to 5,000
employees. Chief duties included: Care for all occupational injuries and illness and
non-occupational emergencies, supervised all dispensary activities and personnel and review all
x-rays taken in plant. Supervised and conducted health surveillance programs for coke oven
facility, open hearth and foundry, benzol works, and hearing conservation program. Made daily
contact with department heads in Employee Relations, Safety, Security, Personnel and Benefits,

Legal Department and Operating Units. Performed all final disability/impairment examinations in cases where patients claimed permanent loss due to industrial injuries, all disability pension examinations and all management physical exams (including sigmoidoscopy). Served as Medical Advisor to U.S.S. Open Pit Ore Mine in Atlantic City, Wyoming, and U.S.S. Coal Mine Operations located in East Carbon, Utah, and Somerset, Colorado.

**July 1979 to August 1982**

*Works Physician - U.S. Steel–South Works*
3426 East 89th Street
Chicago, IL 60617

Charged with responsibility for the dispensary portion of the Medical Department at U.S.S.-South Works, a plant of 9,000 employees. Chief duties encompassed providing initial and follow-up care, including rehabilitation planning for all in-plant injuries and medical emergencies. Supervised dispensary activities of three nurses and an x-ray technician. Responsible for medical activities including interpretation of all audiograms performed in the plant and reading all x-rays (approximately 20 chest films per day in routine surveillance and those ordered in the work-up of injuries). Maintained close contact and active communication with the Safety and Security Departments including attending in emergency ambulance calls with EMTs/Paramedics on major trauma/medical runs and frequent instructional periods and critiques. Performed final disability/ impairment examinations on patients claiming permanent loss due to industrial injuries. Made daily contact with the Insurance/Compensation Department, Legal Department, Plant Supervision and operating units.

**March 1978 to July 1978**

*Plant Physician - Bethlehem Steel*
Burns Harbor, Indiana

**Professional Activities and Licensure:**

Member and Fellow, American College of Occupational and Environmental Medicine – Member since 1980
Member, American Medical Association
Delegate to Utah State Medical Association House of Delegates representing physicians not affiliated with a hospital (1988– 1990)
Member, Physician Assistant Committee (and Rules and Regulations Sub-Committee) of the Utah State Medical Association (1984-1989)
Clinical Faculty, Department of Family and Preventive Medicine, University of Utah School of Medicine (1982-1990)
Member, Residency Advisory Committee, Occupational Medicine Residency, University of Utah School of Medicine 1985-1990. Chairman 1988-1990.
Member, Resident Selection Committee, Occupational Medicine Residency, University of Utah School of Medicine 1988-1990.
Member, Medex (Physician Assistant) Training Program Advisory Committee, University of Utah 1988-1990
Licensed to practice medicine in Colorado, Wyoming and Idaho
Taught EMT-A, 20-hour refresher course in Illinois 1979, 1980, 1982 and in Utah in 1983
Author – Colorado Division of Worker's Compensation Level II Accreditation Course, Sections on Lower Extremity and Spinal Impairment Rating

Rocky Mountain Academy of Occupational and Environmental Medicine – Member since 1990
     Board of Directors, 1992-1997, 2006 – 2009
     Vice President, July 1994 – January 1996
     Program Chair for Annual Meeting, 1995
     President, 1996
Certified Medical Review Officer
Certified Commercial Driver Medical   Examiner



# Medical Records and Confidentiality of Medical Information

In the regular course of business, Health and Medical Services maintains confidential medical records for post-offer applicants and employees in accordance with applicable federal and state laws. Copies of documentation existing in those files are not released to anyone outside Health and Medical Services, except in the following instances:

- When an employee submits a written request to Health and Medical Services which includes his/her name, employee ID, specific documents required, address where the records may be mailed, and the employee's signature.
- When Health and Medical Services receives a release of medical information form signed by the employee stating that the employee has agreed the holder of the release may receive specific documentation contained in the employee's confidential Health and Medical Services medical file.
- When Health and Medical Services receives a subpoena or other court order instructing the release of specific records.
- When relevant documents from an employee's confidential Health and Medical Services medical record are required in order to prepare an appropriate defense of Union Pacific or any of its personnel.
- When necessary to evaluate an employee's claim relating to a personal injury or illness if the employee is represented by legal counsel.
- When necessary to provide medical information to an external medical practitioner performing an evaluation at Health and Medical Service's request.

| Issued | 3/1/2011 |
| --- | --- |
| Latest | 2/1/2014 |
| Reviewed | 2/1/2014 |



EXHIBIT

B

Charbonneau Aff.

DF_000102 [Woodus]



# Roles and Responsibilities

The responsibilities of Health and Medical Services, Employees and Post-Offer Applicants with regard to the Medical Rules are outlined below.

## Health and Medical Services

Health and Medical Services (HMS) is responsible for establishing the scope, content, frequency, and delivery of medical evaluations. HMS is the final authority for determining an employee's Fitness-for-Duty designation. HMS will respond to supervisor concerns regarding an employee's ability to safely perform duties. HMS may delegate responsibilities to medical professionals not employed by Union Pacific. Delegated responsibilities may include but are not limited to the following:

- Performance of medical tests and evaluations; and/or
- Determination of medical status, and/or
- Determination of functional level

## Employees

All employees are responsible for:

- Reporting to work fit for duty to safely perform their jobs with or without reasonable accommodations
- Notifying the supervisor when the employee becomes aware of or is concerned that a medical condition or symptom(s) exists which may affect his/her ability to safely perform his/her job
- Undergoing a Fitness-for-Duty evaluation, including all medical tests, examinations, and evaluations deemed necessary by various governmental agencies and HMS
- Providing, upon request, information from the employees health care provider including, but not limited to: medical documentation pertaining to medical tests, examinations, and/or evaluations, including lists of all prescription and over-the-counter medications taken by the employee.  Employee may be required to provide information on a periodic basis for monitoring of continued fitness-for-duty.
- Providing, upon request, a statement from the employee's healthcare provider whether or not, or in what circumstances, any prescriptions or OTC medications currently taken by the employee is likely to impair the employee's perceptual abilities or alertness, or impair mental or physical functioning
- Performing all work in conformance with any medical restrictions that HMS has placed upon the employee
- Meeting the requirements, in a timely manner, of all federal and state laws and regulations applicable to the employee with regard to medical evaluations and testing and the use of personal protective equipment
- Providing accurate information to Health and Medical Services regaring health status and medical treatment

**Dispatchers and Operating Department field employees (including all Transportation, Engineering Services, and Mechanical employees - agreement and nonagreement), all Telecom employees (agreement and nonagreement) and Supply Department Field employees (agreement and nonagreement) must also:**

- Notify HMS as soon as practicable if he/she experiences any of the health events listed in Appendix B of these Medical Rules. A reportable health event is defined as a new diagnosis, recent event or change in a prior stable condition, for one of the following (See Appendix B for more detail): a) Cardiovascular Conditions b) Seizure or Loss of Consciousness c) Significant Vision or Hearing Changes d) Diabetes Treated with Insulin e) Severe Sleep Apnea
- The employee should simultaneously notify his/her supervisor that he/she has experienced a health event, as defined in Appendix B, that requires a Fitness-for-Duty evaluation by Health and Medical Services prior to performing his/her job.
- If the employee experiences a health event noted in Appendix B, the employee should not report for, or perform, his/her job until Fitness-for-Duty clearance has been provided for such work by HMS

## Post-Offer Applicants

Post-offer Applicants are responsible for:

- Undergoing a Fitness-for-Duty evaluation, including all medical tests, examinations, and evaluations deemed necessary by various governmental agencies and HMS to determine if the applicant is fit for duty.  The Pre-Placement Medical Evaluation and an appropriate Physical Ability Test may be performed after a conditional job offer has been made and before the applicant reports to work
- Some costs associated with additional medical testing and evaluations deemed necessary by HMS to determine medical fitness
- Providing accurate information to HMS regarding health status and medical treatment

| Issued | 3/1/2011 |
|--------|----------|
| Latest | 2/1/2014 |
| Reviewed | 2/1/2014 |

DF_000104 [Woodus]



# Health and Medical Services Fitness-for-Duty Decisions

After a Fitness-for-Duty evaluation is complete, Health and Medical Services determines if the employee/applicant is medically and functionally able to safely perform his/her job and makes the following designations:

- Fit for Duty
- Fit for Duty - With Restrictions

    1. A medical work restriction assigned by Health and Medical Services, may include a requirement that the applicant/employee agree to ongoing monitoring of a specific health condition, with ongoing reporting of such information to Health and Medical Services.  The treatment for the specific health condition is conducted by the employee's health care provider.
    2. Union Pacific determines whether work restrictions can or cannot be reasonably accommodated.

- Not Fit for Duty

Health and Medical Services will notify supervisors of the Fitness-for-Duty designation.

| Issued | 3/1/2011 |
|---|---|
| Latest | 2/1/2014 |
| Reviewed | 2/1/2014 |



# Fitness-for-Duty Evaluations

Union Pacific maintains the final authority for determining whether an employee is fit for duty. To determine Fitness-for-Duty, employees may be required to participate in medical tests and evaluations.

Evaluations completed by Health and Medical Services (HMS) may include, but are not limited to various components such as: (1) regulatory medical certification requirements; (2) drug screen; (3) medical, psychological and/or functional evaluations, (4) obtaining additional medical records for review by HMS, and (5) other information as deemed necessary by HMS.

A Fitness-for-Duty evaluation may be initiated by HMS and/or a Supervisor.  Employees requesting a Medical Leave may also be required to complete a Fitness-for-Duty Evaluation prior to returning to work or in the event of a change in a Reportable Health Event.

## Health and Medical Services Initiated Fitness-for-Duty

### Regulatory Medical Evaluations

Employees with designated job assignments may be required to have Regulatory Medical Evaluations, based on requirements of federal and/or state government regulations.

Applicable government regulations to be used by HMS as references in carrying out regulatory evaluations, may include, but not be limited to, the following:

- Federal Motor Carrier Safety Administration (FMCSA)
  Compliance with  commercial motor vehicle licensing requirement
- Federal Aviation Administration (FAA)
  Compliance with FAA Regulations for Pilots
- Federal Railroad Administration (FRA)
  Compliance with medical certification requirements for Locomotive Engineers, Conductors, and Remote Control Locomotive Operators
  Compliance with other FRA medical requirement for covered employees
  Compliance with Hearing Conservation Program requirements for covered employees
- Occupational Safety and Health Administration (OSHA)
  Compliance with regulations on worker exposure to potential workplace hazards
  Compliance with specific medical certification requirements, including but not limited to, hazardous materials workers and use of respirators and other personal protective equipment

New medical regulatory requirements that come into effect, and apply to Union Pacific employees, will automatically be included in these rules. HMS will apply applicable regulatory requirements regarding medical evaluations for employees. HMS may use additional guidelines or other materials produced by government agencies, or other sources, as references in carrying out regulatory evaluations. For certain jobs or tasks covered by regulatory medical requirements, HMS may utilize medical Fitness-for-Duty requirements that are more rigorous or stringent than the minimal requirements of a regulation.

### Job Transfer

An employee who transfers from an existing Union Pacific job assignment  to a different job assignment outside of the provisions of the collective barganining agreement will be evaluated for Fitness-for-Duty before beginning the new job if the transfer is:

1. To a Dispatcher position or an Operating Department field position (including all Transportation, Engineering Services, and Mechanical position - agreement and nonagreement), and/or
2. To a position requiring regulatory certification, and/or
3. To other selected positions, where it is determined that a Job Transfer Evaluation is needed, based on physical and functional requirements of the job

**Pre-placement (post offer) and Return to Work After 1-Year Absence**

All post-offer applicants will be required to participate in a Pre-Placement Evaluation after a conditional job offer is made, and before the applicant begins work. All post-offer applicants will be subject to a drug screen and evaluations deemed appropriate by HMS. In addition, some employees may also be subject to Regulatory Medical Evaluations based on requirements of federal and/or state government regulations.

An employee absent from work for a period of 12 months or longer for any medical or non-medical reason, must undergo the requirements of a pre-placement (post-offer) evaluation for the position before returning to work. Absences include, but are not limited to:

1. On-Duty injury
2. Off-Duty injury or illness
3. Employee Assistance Program participation
4. Reserve Board assignment
5. Furlough
6. Personal leave
7. Military service

**Other**

Additional Fitness-for-Duty Evaluations are conducted whenever it is deemed necessary to determine an Employee's Fitness for Duty on a case-by-case basis.

## Supervisor Initiated

Supervisor's have the ability to request a Fitness-for-Duty evaluation based on credible information which raises a concern about the employee's ability to safely perform his/her job duties.  The Supervisor may remove the employee from service during the review period.

## Employee Requested Medical Leave and Reporting Requirements

**Agreement Employees**

The purpose of the Medical Leave Evaluation is to determine the medical appropriateness of an employee's requested leave, due to a medical condition of the employee and ensuring the employee is medically and functionally able to perform his/her job.

- Pursuant to Union Pacific policies, an employee must provide adequate medical documentation to verify the need for a medical leave:
  - Leaves less than 30 days can be approved by the appropriate supervisor without Health and Medical Services review.
  - Leaves requested for 30 days or more or a leave which becomes extended beyond 30 days, shall be referred to Health and Medical Services for review prior to approval by supervisor.

- Family Medical Leave Act (FMLA): See the Family Medical Leave Act (FMLA) policy on the Employees site for FMLA associated absences also processed by Health and Medical Services.
- **Additional requirements for agreement Telecom employees, Supply Department field employees, and Operating Department field employees** (including all Transportation, Engineering Services and Mechanical employees)
  - All agreement Telecom employees, Supply Department field Employees, and Operating Department field employees (including Transportation, Engineering Services, and Mechanical employees) **must report** the following reportable health events to Health and Medical Services so that a Fitness-for-Duty evaluation can be completed whether or not a medical leave is requested (See Appendix B for more detail):
    - Cardiovascular Conditions
    - Seizure or Loss of Consciousness
    - Significant Vision or Hearing Changes
    - Diabetes Treated with Insulin
    - Severe Sleep Apnea

- ▪ If an agreement Telecom employee, Supply Department field employee or Operating Department field employee (including all Transportation, Engineering Services, and Mechanical employees) has a reportable health event, at work or off work, the employee must:
  - ▪ **Stay off work** (not report to work or mark up for duty) until Health and Medical Services has completed a Fitness-for-Duty evaluation for the reportable health event and has provided the employee's supervisor with notification that the employee is fit for duty and able to return to his/her job.
  - ▪ **Notify his/her Supervisor** that he/she has had a reportable health event that requires Health and Medical Services to complete a Fitness-for-Duty evaluation prior to employee returning to his/her job.
  - ▪ **Notify Health and Medical Services** that he/she has had a reportable health event that requires a Fitness-for-Duty evaluation prior to employee returning to his/her job.

**Nonagreement Employees**

All Nonagreement Employees requiring a medical absence should:

- ▪ See the Short-Term/Long-Term Disability (STD/LTD) policy for Nonagreement for health related absences.
- ▪ **Additional Requirements for nonagreement Telecom employees, nonagreement Supply Department field employees, and Dispatchers and nonagreement Operating Department field employees** (including all Transportation, Engineering Services, and Mechanical)
  - ▪ All nonagreement Telecom employees, nonagreement Supply Department field employees and Dispatchers and nonagreement Operating Department field employees (including all Transportation, Enginnering Services, and Mechanical) must report the following reportable health events to Health and Medical Services so that a Fitness-for-Duty evaluation can be completed whether or not a Short Term Disability or other medical leave is requested (See Appendix B for more detail):
  - ▪ Cardiovascular Conditions
  - ▪ Seizure or Loss of Consciousness
  - ▪ Significant Vision or Hearing Changes
  - ▪ Diabetes Treated with Insulin
  - ▪ Severe Sleep Apnea

  - ▪ If nonagreement Telecom employees, nonagreement Supply Department field employees, Dispatchers and nonagreement Operating Department field employees (including all Transportation, Engineering Services, and Mechanical) have a reportable health event, at work or off work, the employee must:

    - ▪ **Stay off work** (not report to work or mark up for duty) until Health and Medical Services has completed a Fitness-for-Duty evaluation for the reportable health event and has provided the employee's supervisor with notification that the employee is fit for duty and able to return to work.
    - ▪ **Notify his/her Supervisor** that he/she has had a reportable health event that requires Health and Medical Services to complete a Fitness-for-Duty evaluation prior to employee returning to his/her job.
    - ▪ **Notify Health and Medical Services** that he/she has had a reportable health event that requires a Fitness-for-Duty evaluation prior to employee returning to his/her job.

- ▪ Family Medical Leave Act (FMLA): See the Family Medical Leave Act (FMLA) policy  for FMLA associated absences also processed by Health and Medical Services.

| Issued | 3/1/2011 |
|---|---|
| Latest | 2/1/2014 |
| Reviewed | 2/1/2014 |



# Dispute Resolution

If Health and Medical Services and the employee's treating medical practitioner disagree on the employee's current medical diagnosis, then the employee may appeal in accordance with applicable collective bargaining agreement(s).

- In such an instance, the employee must provide documentation from his/her treating medical practitioner stating the medical justification and procedure(s) used to make the diagnosis.
- Upon the Company's receipt of the appropriate medical release authorizing discussion of the employee's medical conditions or case with the appropriate labor union representative and Union Pacific Labor Relations Department representative, the labor union representative, or his designee, may discuss representative(s).  If circumstances warrant, Health and Medical Services may request re-evaluation of the employee's case.
- Health and Medical Services is the final authority for determining an employee's Fitness-for-Duty designation.
- The table below outlines specific circumstances and associated process steps for when there is a disagreement regarding an employee's diagnosis:

| IF… | THEN … |
|---|---|
| Re-evaluation by a medical practitioner, selected by Health and Medical Services indicates the employee's medical diagnosis is consistent with the Health and Medical Service's decision. | Health and Medical Services issues a Fitness for Duty decision and the supervisor confirms if reasonable accommodation is possible (if applicable). |
| Re-evaluation by a medical practitioner, selected by Health and Medical Services, indicates the employee's medical diagnosis is NOT consistent with the Health and Medical Service's decision. | Health and Medical Services completes a new medical review and issues an updated Fitness-for-Duty statement and advises the supervisor.  The supervisor then notifies the employee. |
| The employee or union representative notifies the supervisor that he/she is not satisfied with re-evaluation results. | The supervisor notifies the appropriate Union Pacific Labor Relations representative.  Labor Relations will then arrange a joint conference between the employee's union representative, appropriate treating medical practitioner and Health and Medical Services.  (The employee may also be requested to participate if requested by Health and Medical Services.) |
| Consensus is reached at a joint conference between the employee, union representative, employee's appropriate treating medical practitioner and Health and Medical Services representative regarding employee's current diagnosis. | Health and Medical Services issues an updated Fitness for Duty statement to the supervisor, and the supervisor confirms whether reasonable accommodation is possible when work restrictions are applicable. |
| | |

## Request to Establish Medical Boards

- If consensus is not reached during the joint conference, the employee's union representative may present a request to the appropriate Union Pacific Railroad Labor Relations representative, asking to establish a special medical board in accordance with applicable collective bargaining agreement(s), if any.  In general, unless specific collective bargaining agreement provisions require otherwise, a special medical board review is conducted in the following manner:
- Each physician selected to participate in the special medical board review must: 1) hold a Doctor of Medicine or Doctor of Osteopathic Medicine degree from an accredited medical school; 2) has practiced medicine for at least five years; and 3) is licensed by a State(s) to practice medicine.

- Three physicians are chosen, one each by: 1) Union Pacific Railroad; 2) the Union/Employee; and by 3) joint Union Pacific Railroad and Union/Employee agreement.
- A written document is prepared describing the appointment of a special medical board, timeframes for conducting the medical board hearing, limitation of evidentiary record to medical records/history of the involved employee and acceptance of its decision as it pertains specifically to the employee's medical diagnosis as binding, is signed by the employee, the employee's union representative, and the appropriate Union Pacific Railroad official(s).
- The employee reports for the scheduled medical evaluation(s).
- Within 15 days after evaluation of the employee, the special medical board issues a joint report of finding(s) and decision. One copy of the report is provided to: 1) the Union Pacific Railroad Health and Medical Services Department; 2) the employee's union representative, and 3) the employee.
- Once the special medical board makes a finding regarding employee's medical diagnosis, Health and Medical Services will issue an updated Fitness for Duty statement and upon issuance of such statement, the special medical board will automatically terminate.  Health and Medical Services is the final authority in determining an employee's Fitness for Duty designation.
- All claims for lost time will be handled in accordance with the employee's applicable Collective Bargaining Agreement provisions.
- Union Pacific pays for the cost and expenses of its medical representative on the medical board; the union or employee pays for the cost and expenses of its medical representative on the medical board and each party (Union Pacific and Union/Employee) pays 50% of the cost and expenses of the 3rd medical representative on the board.

| Issued | 3/1/2011 |
|---|---|
| Latest | 2/1/2014 |
| Reviewed | 2/1/2014 |

DF_000110 [Woodus]



# Appendix A: Definitions

The following definitions apply to the Medical Rules:

- **EMPLOYEE** – Individual employed by Union Pacific Railroad.
- **FITNESS FOR DUTY** – Ability to medically and functionally (including physical, mental, and or cognitive function) safely perform the functions of a job, with or without reasonable accommodations and meet medical standards established by regulatory agencies in accordance with federal and/or state laws.
- **HEALTH AND MEDICAL SERVICES (HMS)** – Employees and contracted personnel who provide professional services and make decisions on behalf of Union Pacific's Health and Medical Services.
- **POST-OFFER APPLICANT** – Individual who has received a conditional offer of employment, and who is not currently working for Union Pacific. A post-offer applicant is required to undergo a Pre-Placement Medical Screening.
- **REASONABLE ACCOMODATIONS** – As required by federal and state law, Union Pacific will make reasonable accommodations for persons with statutorily protected disabilities when this will permit the person to perform the essential functions of the job and does not impose an undue hardship on the company.
- **REPORTABLE HEALTH EVENT –** Dispatchers and employees in Operating Department field positions (including all Transportation, Engineering Services, and Mechanical employees -agreement and nonagreement), Telecom employees (agreement and nonagreement), and Supply Department Field employees (agreement and nonagreement) must report to Health and Medical Services any new diagnosis, recent events, and/or  change in the following conditions, cardiac, seizure or loss of consciousness, significant vision or hearing changes, diabetes treated with insulin, and/or severe sleep apnea. (See Appendix B for more information)
- **SUPERVISOR** –  Employee's first-line supervisor and other supervisors in the employing department.

| Issued | 3/1/2011 |
|---|---|
| Latest | 2/1/2014 |
| Reviewed | 2/1/2014 |



# Appendix B: Reportable Health Events

The Union Pacific Medical Rules state that Dispatchers and employees in Operating Department field positions (including all Transportation, Engineering Services, and Mechanical employees - agreement and nonagreement), Telecom employees (agreement and nonagreement) and Supply Department field employees (agreement and nonagreement) must report the health events to Health and Medical Services listed at the bottom of the page so that a Fitness-for-Duty evaluation can be done to determine if the employee can safely perform his/her job.  If an employee has a "Reportable Health Event", at work or off work, then the employee must:

- **Stay off work** (not to report to work or mark up for work) until Health and Medical Services has completed a Fitness-for-Duty evaluation for that particular health event, and has provided the employee's Supervisor with notification that the employee is fit for duty and able to return to his/her job.
- **Notify his/her Supervisor** that he/she has had a Reportable Health Event that requires Health and Medical Services to complete a Fitness-for-Duty determination prior to the employee being able to work.
- **Notify Health and Medical Services** that he/she has had a Reportable Health Event that requires Health and Medical Services to complete a Fitness-for-Duty evaluation.

Reportable health event is defined as anew diagnosis, recent event, or change in a prior stable condition, for one of the following:

**A.  Cardiovascular Conditions including:**

1. Heart attack (myocardial infarction) that is confirmed or was suspected (including any Emergency Room or hospital care for chest pain or other symptoms of possible heart disease).
2. Cardiac arrest, requiring cardio-pulmonary resuscitation (CPR) or use of a defibrillator.
3. Serious cardiac arrhythmias (abnormal heart rhythm) requiring medical treatment.
4. Stroke or Transient Ischemic Attack (TIA).
5. Bleeding inside the skull (intracranial) or bleeding inside the brain (intracerebral)
6. Heart surgery or invasive cardiovascular procedures (including coronary bypass graft, cardiac catheterization or angioplasty; or placement of a pacemaker, stent, internal cardiac defibrillator, heart valve or aortic artery graft).

**B.  Seizure or Loss of Consciousness including:**

1. A seizure of any kind.
2. Diagnosis of epilepsy (a condition with risk for recurrent seizures).
3. Treatment with anti-seizure medication to prevent seizures.
4. Loss of consciousness (of any duration including episode caused by insulin reaction).

**C.  Significant Vision or Hearing Change including:**

1. Significant vision change in one or both eyes affecting visual acuity (if not correctable to 20/40), color vision or peripheral vision (including visual field loss from retinal disease or treatment).
2. Eye surgery (including for glaucoma, cataracts, or laser treatment of the cornea or retina).
3. Significant hearing loss or surgery on the inner ear.
4. New use of hearing aids.

**D. Diabetes Treated with Insulin:**

1. Including Type I and Type II Diabetes Mellitus if insulin is used.
2. Severe hypoglycemic event (defined as a hypoglycemic event with: (a) loss of consciousness, (b) substantial mental confusion, drowsiness, or weakness, or (c) requiring the assistance of another person).

**E. Severe Sleep Apnea:**

1. Diagnosis or treatment of severe obstructive sleep apnea (using CPAP or other treatments).

| Issued | 3/1/2011 |
|---|---|
| Latest | 2/1/2014 |
| Reviewed | 2/1/2014 |

# Medical Comments History

**Employee ID:**   00085881 ( Joey Lydell Woodus )

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Sep 25, 2017 | **Time:** | 9:24:10 PM | **Created by:** | 00435995 |

**Comment:**

The note below is an email sent to the FFD-Nurse today with attached documents to be sent to Dr. Wilson - JH

Regarding Mr. Joey Woodus
(0085881) - a Trackman

Action

1. Attached below is the referral letter
to Dr. Wilson, neurologist, for a medical file review

2. Rhonda -
coordinate with Deb and send Dr. Wilson the referral letter, medical records (below), and Job Description

3. FFD-Nurse - please try to also
obtain EMS records and any witness statements, and forward these to Dr. Wilson

4. Ask employee is he has any updated medical records, and sent any received to Dr. Wilson

5. Not FFD

John P. Holland, MD, MPH

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Sep 24, 2017 | **Time:** | 7:41:15 PM | **Created by:** | 00435995 |

**Comment:**

I sent the note below to the FFD Nurse, DCS and AMD as a email on 9/20/2017

Regarding Mr. Joey Woodus (EID 0085881) - a Trackman

Status of
Case Review

This Fitness-for-Duty evaluation was initiated when Mr. Woodus requested to return to work after a 3/2/2016 event when he was on a work assignment, and was discovered by his co-workers in hotel room in a confused, shaking, and diaphoretic. He was evaluated in the hospital Emergency Department (ED) and had findings of altered mental status and aphasia, and disarthria/slurred speech. A CT head scan at that time did not show evidence of any acute stroke. However, a MRI Brain scan on 4/29/2016 was reported to show an old stroke in an infratentorial region of the brain (pontine area and left periventricular area), but no acute stroke. An echocardiogram and electroencephalogram (done 6/7/2016) were normal. This was considered a possible TIA or unexplained loss of consciousness (LOC) episode; both of these diagnosis was be an indication for a one year work restriction from sudden incapacitation risks.

On
8/12/2017, Dr. Charbonneau (AMD) made a FFD determination that Mr Woodus's 3/2/2016 event should be considered an unexplained LOC episode, and he was given work restrictions for sudden incapacitation risks to be in place one year after, until March 2017, at which time these could be reassessed based on the finding of an updated neurological evaluation.

EXHIBIT

C

Charbonneau Aff.

PENGAD 800-631-6989

DF_001726 [Woodus]

Mr. Woodus had a recent neurology evaluation by Dr. Derek Lewis on 8/1/2017.  We received the results of this exam; Dr. Lewis said there were no current neurological symptoms or abnormal exam findings.  Dr. Lewis said the 3/2/2016 remained unexplained, and said Mr. Woodus could return to work (he also said cold medicine could have caused the confusion).

In addition, on 9/15/2017 HMS received records from Mr. Woodus's medical evaluation in April 2015 after he had a presumed stroke, with symptoms of slurred speech for 2 days.  This included a 4/12/2017 brain MRI that reported, "4 relatively acute infarcts with restricted diffusion involving the white matter in the left cerebral hemisphere."  In addition, a 4/16/2015 cerebral angiogram showed an occlusion of the left middle cerebral artery and the left vertebral artery.

Assessment

Based on the 2015 brain MRI and cerebral angiogram, there is evidence he had multiple strokes involving the cortical areas of the left hemisphere - this would be consistent with his slurred speech for 2 days.  This would required 5 years of sudden incapacitation work restrictions from April 2015 - to be in place until April 2020.

However, I will defer any final FFD determination on this case until we get a medical file review by Dr. Reed Wilson.

Action

1.  Not FFD

2.  Get medical file review by Dr. Reed Wilson.

John P. Holland, MD, MPH

| Case Number: | 000001400456 | Service Number: | 1001569846 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Sep 12, 2017 | Time: | 12:34:26 PM | Created by: | 00440108 |
| Comment: | | | | | |

Duplicate info.  rr

| Case Number: | 000001400456 | Service Number: | 1001569846 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Sep 12, 2017 | Time: | 12:34:03 PM | Created by: | 00440108 |
| Comment: | | | | | |

8/1/17 dictated neuro clinic note.  rr

| Case Number: | 000001400456 | Service Number: | 1001569846 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Sep 12, 2017 | Time: | 12:33:35 PM | Created by: | 00440108 |
| Comment: | | | | | |

Please review with CMO and advise.  rr

| Case Number: | 000001400456 | Service Number: | 1001569846 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Sep 12, 2017 | Time: | 12:33:01 PM | Created by: | 00440108 |
| Comment: | | | | | |

Dr. Holland - dictated clinic note from neurology visit received on ee.
Please review and advise regarding RTW.  rr

| Case Number: | 000001400456 | Service Number: | 1001569846 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Sep 1, 2017 | Time: | 12:45:42 PM | Created by: | 00440108 |

DF_001727 [Woodus]

**Comment:**
2015 brain MRI report, CTA report.  rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Sep 1, 2017 | **Time:** | 12:44:39 PM | **Created by:** | 00440108 |

**Comment:**
Please review with CMO and advise on next steps.  Requested ee provide dictated clinic notes from 8/1/17 eval with neurology.  rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Aug 31, 2017 | **Time:** | 3:24:11 PM | **Created by:** | 00440108 |

**Comment:**
████████ RTC to ee to relay additional medical documentation needed to complete FFD review.  HMS has mailed letter to ee outlining specifics. Reviewed it with the ee as well. EE voices understanding and will contact HMS if he has questions regarding the letter.  rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Aug 31, 2017 | **Time:** | 1:15:14 PM | **Created by:** | 00440108 |

**Comment:**
FFD letter mailed to ee. rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Aug 31, 2017 | **Time:** | 1:13:34 PM | **Created by:** | 00440108 |

**Comment:**
Dr. Holland - Case review with DCS.  EE with altered mental status in 3/2016 cleared to RTW with ongoing work restrictions for min 1 year due to altered mental status (TIA vs CVA vs syncope vs altered mental status). EE has submitted medical documentation from neuro and requests review for potential RTW w/o restriction.  Per verbal directive from DCS, CMO to review for potential removal of restrictions.  Please discuss with DCS, review and advise.  rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Aug 31, 2017 | **Time:** | 1:10:17 PM | **Created by:** | 00440108 |

**Comment:**
501.256.7444.  TC to ee. NA. VM left for ee to RTC to HMS to discuss medical documentation needed to complete FFD review.  rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Aug 31, 2017 | **Time:** | 1:08:35 PM | **Created by:** | 00440108 |

**Comment:**
Neuro medical. rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Aug 31, 2017 | **Time:** | 1:08:12 PM | **Created by:** | 00440108 |

**Comment:**
Neuro medical. rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
| **Created on:** | Aug 31, 2017 | **Time:** | 1:07:50 PM | **Created by:** | 00440108 |

**Comment:**
ROI forms. rr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |

DF_001728 [Woodus]

| | | | | | | |
|---|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:07:26 PM | **Created by:** | 00440108 |

**Comment:**

Neuro medical. rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:07:05 PM | **Created by:** | 00440108 |

**Comment:**

Neuro medical. rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:06:40 PM | **Created by:** | 00440108 |

**Comment:**

PCP medical. rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:06:21 PM | **Created by:** | 00440108 |

**Comment:**

Duncan Hospital records. rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:05:59 PM | **Created by:** | 00440108 |

**Comment:**

Cardio medical. rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:05:42 PM | **Created by:** | 00440108 |

**Comment:**

Neuro medical. rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:05:25 PM | **Created by:** | 00440108 |

**Comment:**

Trackman requesting review of restrictions for RTW.  rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:04:48 PM | **Created by:** | 00440108 |

**Comment:**

8/1/17

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 1:01:18 PM | **Created by:** | 00440108 |

**Comment:**

RTW release. rr

| **Case Number:** | 000001400456 | **Service Number:** | 1001569846 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Aug 31, 2017 | **Time:** | 12:42:18 PM | **Created by:** | 00440108 |

**Comment:**

Case review with DCS.  EE with altered mental status in 3/2016 cleared to RTW with ongoing work restrictions for min 1 year due to potential TIA vs CVA vs syncope vs altered mental state.  EE has submitted medical documentation from neuro and requests review for potential RTW w/o restriction.  File review requested in RHC but not completed.  Does this need to be done?  Per verbal conversation with DCS, no file review needed.  Documentation should be sent to DCS and CMO for review.  rr

DF_001729 [Woodus]

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | May 2, 2017 | **Time:** | 3:36:19 PM | **Created by:** | 00440108 |

**Comment:**

TC from ee who inquires what he needs to provide to HMS for review to have his restrictions removed.  Relayed to ee he would need to obtain a comprehensive neurology evaluation and submit the documentation to HMS from that eval.  The eval should include documentation of any further incidents of neurologic events since March 2016 (LOC, alteration in consciousness, TIA, stroke, etc).  HMS fax # provided to ee.  EE voices understanding. rlr

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Apr 7, 2017 | **Time:** | 8:02:52 AM | **Created by:** | 00415681 |

**Comment:**

You can close your service and case, ee did not respond to DPM. MG

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Dec 6, 2016 | **Time:** | 1:02:39 PM | **Created by:** | 00469061 |

**Comment:**

12-6-2016: Duplicate CD received via USPS. This CD is again the CT Head from Duncan Regional Radiology Dept.
Ne CD of MRI received yet.

Emailed
update to FFD Southern-RLR, AMD, DCS and BG on 12-6-2016
bz

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Nov 29, 2016 | **Time:** | 12:19:35 PM | **Created by:** | 00469061 |

**Comment:**

11-29-2016 Case summary as of today in regards to the File Review with Dr Wilson:
1-Deb approved the file review once we receive the MRI images on CD.
2-hold on this until we receive the other MRI on CD.

#1 CD with
file at BZ's desk and desktop file of MRs as well.
bz

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Nov 29, 2016 | **Time:** | 11:43:56 AM | **Created by:** | 00469061 |

**Comment:**

11-29-2016
Disc received from K Heller today that she received in the
mail. email to RRoss for clarification regarding where the disc is to be
sent and if other docs go with it.
bz

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Nov 3, 2016 | **Time:** | 11:38:49 AM | **Created by:** | 00440108 |

**Comment:**

Note from Duncan Hospital - CD of Head CT mailed on 11/2/16.  Report faxed to HMS 11/2/16. rlr

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Nov 1, 2016 | **Time:** | 10:45:01 AM | **Created by:** | 00440108 |

DF_001730 [Woodus]

**Comment:**
Signed authorizations for ROI received from employee. rlr

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Sep 27, 2016 | **Time:** | 9:09:18 AM | **Created by:** | 00440108 |

**Comment:**
ROI forms emailed to ee at ██████████████ rlr

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Sep 27, 2016 | **Time:** | 9:08:53 AM | **Created by:** | 00440108 |

**Comment:**
Late entry: 501.256.7444. FU TC to ee on 9/21/16 @ approx. 1730 to discuss additional information needed to process FFD review. EE states that he will sign ROI forms and requests HMS to forward them to him via email at ██████████████████ rlr

| **Case Number:** | 000001400456 | **Service Number:** | 1001477726 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Sep 22, 2016 | **Time:** | 5:18:48 PM | **Created by:** | 00462824 |

**Comment:**
EE did not respond to offer case is being closed

| **Case Number:** | 000001400456 | **Service Number:** | 1001477726 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Sep 22, 2016 | **Time:** | 5:18:24 PM | **Created by:** | 00462824 |

**Comment:**
EE did not accept services,  case is being closed

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Sep 16, 2016 | **Time:** | 8:19:42 AM | **Created by:** | 00440108 |

**Comment:**
As info...HMS had conversation with ee regarding  additional information needed to process FFD review.  Advised ee that actual imaging from brain MRI and EEG tracings are requested to send to consultant neurologist for review.  HMS will send ee authorization for ROI forms.  EE sounds hesitant and states he would like to think about it.  He states he will talk with his MD about this, if he should authorize the release of this to HMS.  EE states he doesn't know if he should do that.  Relayed to ee that it is his decision.  EE again states he would like to think about it and asks if HMS will call him back next week. Agreed with ee that HMS will reach out to him on Wednesday next (9/21/16) to follow up.  rlr

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Sep 16, 2016 | **Time:** | 8:18:28 AM | **Created by:** | 00440108 |

**Comment:**
501.256.7444.  TC to ee to discuss additional information needed to process FFD review.  Advised ee that actual imaging from brain MRI and EEG tracings are requested to send to consultant neurologist for review.  HMS will send ee authorization for ROI forms.  EE sounds hesitant and states he would like to think about it.  He states he will talk with his MD about this, if he should authorize the release of this to HMS.  EE states he doesn't know if he should do that.  Relayed to ee that it is his decision.  EE again states he would like to think about it and asks if HMS will call him back next week. Agreed with ee that HMS will reach out to him on Wednesday next (9/21/16) to follow up.  rlr

| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
|---|---|---|---|---|---|
| **Created on:** | Sep 16, 2016 | **Time:** | 8:12:51 AM | **Created by:** | 00440108 |

**Comment:**
Per verbal conversation with DCS, clarifying if reports from Brain MRI an[d] DF_001731 [Woodus]

EE were sufficient to send to file review along with updated note from
neurologist).  Per DCS, ee should submit actual imaging studies and EEG
monitoring/tracings on CD to HMS to submit with medical documentation for
file review.  rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Sep 16, 2016 | Time: | 8:10:59 AM | Created by: | 00440108 |

**Comment:**

LN received from DCS:  "if I am understanding your comments--the ee has
now submitted the medical records so proceed with the file review".  rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 30, 2016 | Time: | 11:04:39 AM | Created by: | 00440108 |

**Comment:**

EE has submitted documentation from his neurologist has received and
reviewed the brain MRI and EEG.  No change in neurologist's
recommendations for RTW.  Sent to AMD.  Please review and advise regarding
AMD note below:

"My sense is that the DCS wanted the EE to submit the
Brain MRI
and EEG reports before she would authorize the review by Dr.
Wilson, so I
think that we still need those reports from the EE.
Thx. Dr.
C"  rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 30, 2016 | Time: | 11:01:17 AM | Created by: | 00440108 |

**Comment:**

Duplicate info. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 29, 2016 | Time: | 11:17:18 AM | Created by: | 00415695 |

**Comment:**

Rhonda,  My sense is that the DCS wanted the EE to submit the Brain MRI
and EEG reports before she would authorize the review by Dr. Wilson, so I
think that we still need those reports from the EE.
Thx.  Dr. C

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 27, 2016 | Time: | 5:19:39 PM | Created by: | 00440108 |

**Comment:**

Updated neuro note - Dr. Daaif. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 27, 2016 | Time: | 5:19:19 PM | Created by: | 00440108 |

**Comment:**

Updated neuro note received from ee's neurologist.  Please review and
advise. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 26, 2016 | Time: | 3:09:19 PM | Created by: | 00440108 |

**Comment:**

RRB SDS completed by HMS faxed and mailed to RRB.  Copy to LR for
forwarding to RR Enrollment Services. Copy mailed to ee. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|

DF_001732 [Woodus]

| Created on: | Aug 24, 2016 | Time: | 4:45:44 PM | Created by: | 00440108 |

**Comment:**

Letter to Dr. Daaif faxed.  Confirmation receipt received. Hard copy
mailed. rlr

| Case Number: | 000001400456 | Service Number: 1001440150 | Category: | Activity |
| Created on: | Aug 24, 2016 | Time: | 2:26:37 PM | Created by: | 00440108 |

**Comment:**

SU letter to ee. rlr

| Case Number: | 000001400456 | Service Number: 1001440150 | Category: | Activity |
| Created on: | Aug 22, 2016 | Time: | 3:30:12 PM | Created by: | 00440108 |

**Comment:**

501.256.7444.  RTC to ee to relay HMS is requesting confirmation from
treating neurologist that he has received and reviewed brain MRI and EEG
results from March and provide updated statement to HMS regarding ee's
RTW.  EE states the neurologist already released him.  Read to ee the
notes from the 7/13/16 neurology consultation report from Dr. Lewis "we
will send for a copy of his recent brain MRI and EEG results done at an
outside hospital in March, and if these are normal, then it's OK with me
for him to return to work".  Requested ee's authorization to call Dr.
Lewis with him on the line and we could ask if this has been completed and
if so, request updated statement from Dr. Lewis.  EE in agreement.
Attempted to contact Dr. Lewis' office at 501..227.0421 x 3.  Busy x 3.
No option to leave VM.  HMS will attempt to contact Dr. Lewis office again
tomorrowwith ee on the line.  EE in agreement. rlr

| Case Number: | 000001400456 | Service Number: 1001440150 | Category: | Activity |
| Created on: | Aug 22, 2016 | Time: | 7:07:51 AM | Created by: | 00415681 |

**Comment:**

letter sent

| Case Number: | 000001400456 | Service Number: 1001477726 | Category: | Service |
| Created on: | Aug 22, 2016 | Time: | 7:04:10 AM | Created by: | 00415681 |

**Comment:**    DID NOT RESPOND TO OFFER

| Case Number: | 000001400456 | Service Number: 1001477726 | Category: | Activity |
| Created on: | Aug 22, 2016 | Time: | 7:04:10 AM | Created by: | 00415681 |

**Comment:**

letter sent

| Case Number: | 000001400456 | Service Number: 1001440150 | Category: | Activity |
| Created on: | Aug 18, 2016 | Time: | 12:31:32 PM | Created by: | 00469061 |

**Comment:**

DCS declined the file review request at this time
bz

| Case Number: | 000001400456 | Service Number: 1001440150 | Category: | Activity |
| Created on: | Aug 18, 2016 | Time: | 12:30:41 PM | Created by: | 00469061 |

**Comment:**

8-18-2016: I reviewed the file review request with DCS-DG:
Rhonda,
Deb
will not approve the file review at this time due to incomplete medical
records. Per the Baptist Health neurology office visit on 7-13-2016, Dr
Daaif stated " Will send for a copy of his recent Brain MRI and EEG

DF_001733 [Woodus]

reads. I took at an outside Hospital in March and illness are all normal then it's ok with me for him to return to work"
Direction from DG is to contact
the ee and inform him he is to submit these reports to the neurologist Dr Daaif for review and to submit the notes of the review to HMS. Dr C is to then review it again and determine if a file review will be needed.

TY, BZ

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 18, 2016 | Time: | 9:53:13 AM | Created by: | 00440108 |

**Comment:**
Trackman with unexplained LOC (PMH of stroke) in March 2016. AMD requests neuro file review. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 18, 2016 | Time: | 9:50:59 AM | Created by: | 00440108 |

**Comment:**
LN from AMD (JC): Rhonda,  You and I called this EE this afternoon to explain my FFD Process decision. You introduced us and then I led the conversation. After describing my credentials and my role as a Associate Medical Director, I briefly summarized the medical issues, in Mr. Woodus' case, the reasons for the imposition of restrictions, and what the restrictions are in general terms. I also advised Mr. Woodus that we would be having a file review done due to the lack of clarity regarding the cause of the presenting complaint. I did remind him that several neurologic disorders were mentioned in the medical records.
  We invited
his questions. He believes that the cause was a medication reaction of some kind. He wanted to know if he could RTW now. He stated that he was certain that he could not be used with restrictions. I advised him that the process is to issue the restrictions and then find out if the employing department can use him within the restrictions. We talked about these topics a couple of times. He stated that he had co-workers with the same conditions that he has and they were back at work. He mentioned discrimination. I explained that each case has its own features and the exact diagnosis and waiting time periods for RTW can vary depending upon the medical facts. He had no additional questions for me.
Action:
1  I
have previously outlined the restrictions and you will determine if the department .
2  I will prepare the referral letter for Dr. Wilson's review.
3  We will FU after the review results are available.
Thx.  Dr. C

| Case Number: | 000000400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 18, 2016 | Time: | 9:48:41 AM | Created by: | 00440108 |

**Comment:**
Trackman with ongoing SI work restrictions not accommodated by department. rlr

| Case Number: | 000000400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 18, 2016 | Time: | 9:46:20 AM | Created by: | 00440108 |

**Comment:**
Signed restriction review form. rlr

| Case Number: | 000000400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 18, 2016 | Time: | 9:45:51 AM | Created by: | 00440108 |

**Comment:**
TC with ee and AMD regarding FFD determination.  EE states he does no DF_001734 [Woodus]

ease will restrictions but does warrant to discuss other opportunities for employment with UPRR.  DPM referral will be made.  rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 15, 2016 | Time: | 3:42:05 PM | Created by: | 00440108 |

**Comment:**

Roberta Johnson (00416079), Trudie Terreo (00413600), Paula Osborn (00017138), Michelle Kelley (00422398), Kristin Bracken (00017182), Kathy Trimmer (00454387), Carol Patterson (00441693) informed ee is medically cleared to RTW with ongoing work restrictions.  Restrictions can be reassessed in Feb 2017 for potential removal and RTW 3/2/2017. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 12, 2016 | Time: | 4:45:25 PM | Created by: | 00415695 |

**Comment:**

Rhonda,  This EE is a Trackman and has  provided historically inaccurate information to the examining neurologist, telling the neurologist that he has never had a stroke, and that his symptoms were due to a reaction to cold medicine.
  His brain MRI shows the previous CVA.
  His 6/7/16 EEG
does not show seizures.
This leaves us with an unexplained episode of loss
of consciousness. The EE will need sudden incapacitation restrictions for
a one year period from the date of the episode in question,
3/2/16.
Action:
A  The employee is given the following work
restrictions:
1. Not to operate company vehicles, on-track or mobile
equipment, or fork-lifts.
2. Not to work on rail trains or work trains
dumping ballast. (Can perform work remaining between the rails of the
occupied track or to the field side of the occupied track. Where there are
adjacent tracks with less than 19 foot track centers, utilize on-track
safety protection following normal safety and Maintenance of Way
rules).
3. Not to operate cranes, hoists, or machinery, if these
activities might create a risk of harm to others or a risk of catastrophic
injury to the employee.
4. Not to work at unprotected heights, over 4 feet
above the ground (Can work on the beds of trucks, and occupy bridges
following normal safety rules).
5. Not to work on 1-man or 2-man gangs
(i.e., switch oiler, inspector, welder or helper job, 2-man section gang).
Must have at least 2 additional employees on gang or at work area in order
to use Train Approach Warning regulations (Lookout). 6. If a new job
assignment is considered, outside of the Engineering Department, Health
and Medical Services must review the job requirements and determine if the
employee can safely perform the essential functions of the job.
B  These
work restrictions are ongoing, but can be reassessed when the EE is one
year post-event. That means that the earliest possible Full Duty date is
3/2/2017. Approximately one month prior to that date, the EE should have a
detailed clinical neurology evaluation and supply the clinic note to
HMS.
C  Please notify the EE of the restrictions.
D  If you feel that we
need to hold a call with the EE, I can be available in the afternoon next
week.
Thx.  Dr. C

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 12, 2016 | Time: | 3:47:57 PM | Created by: | 00440108 |

**Comment:**
Neuro consult report. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 12, 2016 | Time: | 3:47:39 PM | Created by: | 00440108 |

**Comment:**
Trackman has completed neuro and cardio eval.  Consult reports received.
Please review and advise.  rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 10, 2016 | Time: | 4:02:22 PM | Created by: | 00440108 |

**Comment:**
Paula Osborn (00017138), Roberta Johnson (00416079), Trudie Terreo
(00413600), Michelle Kelley (00422398), Kristin Bracken (00017182), Kathy
Trimmer (00454387), Clayton McWhirter (00407686), Carol Patterson
(00441693) informed MLOA ext recommended thru 10/2/16. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 10, 2016 | Time: | 3:47:19 PM | Created by: | 00440108 |

**Comment:**
██████████      RTC to ee.  Relayed to ee cardio medical and EEG report
received.  HMS will need neurology consultation report.  EE states he has
seen the neurologist and they are to fax info to HMS tomorrow8/11/16.
Instructed ee to f/u with FFD tomorrow to confirm neuro report received.
EE voices understanding. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Aug 10, 2016 | Time: | 3:44:20 PM | Created by: | 00440108 |

**Comment:**
Cardio medical.  EEG report. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Jun 17, 2016 | Time: | 1:56:21 PM | Created by: | 00466031 |

**Comment:**
Attempt to call Dr. Hearn at 150pm as I was out of the office this AM.
Office is closed for the day. I left VM for Dr. Hearn to call back to my
number as Rhonda is out of the office and that is who he had initially
called. knh

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Jun 16, 2016 | Time: | 4:30:50 PM | Created by: | 00466031 |

**Comment:**
VM from Dr. Hearn in little rock 501-224-2800, for call back RE jeoy
woodus - next steps.

TC to clinic and he has left for the day but will
be in at 830 AM CST

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Jun 3, 2016 | Time: | 2:45:33 PM | Created by: | 00435967 |

**Comment:**
RTC to employee, ███████████, after he left a message with HMS. Employee
requested a copy of the FFD letter that was sent to him  be sent via
personal email at ███████████████      FFD nurse agreed to send.
Employee will follow up with further questions. jgr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|

DF_001736 [Woodus]

**Created on:** May 27, 2016     **Time:** 4:26:10 PM     **Created by:** 00466031

**Comment:**

TC from EE, asking for what he needs, he will keep trying to get it and state's that it's hard to get into a neurologist. knh

---

**Case Number:** 000001400456     **Service Number:** 1001440150     **Category:** Activity

**Created on:** May 20, 2016     **Time:** 1:31:58 PM     **Created by:** 00440108

**Comment:**

Resent letter dated 3/9/16 to ee with highlighted information still needed to complete FFD review: cardio consult report, neuro consult report and EEG.  rlr

---

**Case Number:** 000001400456     **Service Number:** 1001440150     **Category:** Activity

**Created on:** May 18, 2016     **Time:** 10:24:39 AM     **Created by:** 00415695

**Comment:**

Rhonda,  This EE has submitted both old and new information:
1  4/13/15
ECHO showed normal EF = 60% and no shunt on the bubble study. No significant findings otherwise.
2  New patient exam with Dr Hearne from
March 2016. The EE was concerned about cardiovascular disease risk. He was referred for an ETT.
3  4/29/16 Brain MRI - Shows that 2 old CVA's are non-cortical/non-subcortical, being located in the right pontine area and the left peri-ventricular area. This makes the waiting time for RTW 1 year. He is already past that point.

We still need the rest of the cardiovascular work up and neurology evaluation and EEG for his recent unexplained loss of consciousness episode. Again, some recent notes suggest that the episode was another TIA. Some features suggest seizure, so the EE needs to complete his work-up and submit the information.

Action:
1  Remains NOT FFD.
2  We will await the rest of the previously outlined and requested medical information.

Thx.  Dr. C

---

**Case Number:** 000001400456     **Service Number:** 1001440150     **Category:** Activity

**Created on:** May 17, 2016     **Time:** 8:14:03 AM     **Created by:** 00440108

**Comment:**

March 2016 PCP note.  MRI report.  Echo report. rlr

---

**Case Number:** 000001400456     **Service Number:** 1001440150     **Category:** Activity

**Created on:** May 17, 2016     **Time:** 8:13:31 AM     **Created by:** 00440108

**Comment:**

EE has provided medical documentation for review. Please review and advise. rlr

---

**Case Number:** 000001400456     **Service Number:** 1001440150     **Category:** Activity

**Created on:** May 13, 2016     **Time:** 11:25:36 AM     **Created by:** 00440108

**Comment:**

501.224.2800. TC to Dr. Hearne who relays ee has completed brain MRI and cardio eval.  Dr. Hearne requests HMS send ROI form to his office for ee to sign and info will be released to HMS. ███████████  TC with ee to relay above conversation with Dr. Hearne.  EE will go to office and sign paperwork. rlr

DF_001737 [Woodus]

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | May 13, 2016 | Time: | 10:38:19 AM | Created by: | 00440108 |

**Comment:**

Ynez Packer, Paula Osborn, Trudie Terreo, Kris Bracken informed MLOA ext recommended thru 7/2/16. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Apr 12, 2016 | Time: | 3:47:31 PM | Created by: | 00415695 |

**Comment:**

Rhonda, I just spoke with Dr. Hearne at his clinic. Dr. Hearne had encouraged Mr. Woodus to authorize a call between Dr. Hearne and me. He welcomed my call and we had a positive and productive conversation.
 Dr.
Hearne confirmed that Mr. Woodus had had a stroke approximately one year ago. Dr. Hearne is uncertain of the cause of the recent event, but he has strongly advised Mr. Woodus to have an appropriate work-up. To this point:
1  He has referred the EE to a cardiologist who has undertaken a clinical exam and diagnostic work-up. It was apparently negative and the EE has been released by the cardiologist. We will need to ask the EE for those records.
2  Dr. Hearne is arranging a neurology work-up, but access to neurologists is limited in his area. Dr Hearne is trying to expedite the consultation. We discussed the need for the clinical exam, Brain MRI and EEG. Dr. Hearne believes that the neurologist will do all of this testing.
3  Dr. Hearn understands the need for the diagnostic work-up due to the increased risk of future sudden incapacitation events. He is strongly advising the EE to get the full work-up.

I explained to Dr.
Hearne that this employee may require ongoing sudden incapacitation restrictions due to:
1  CVA one year ago.
2  New event involved in this case.
3  The diagnostic work-up results.

Dr. Hearne encouraged me to call back if needed. He provided me with his email address:
███████████████████  I offered my cell phone number to Dr. Hearne but he thought that we could exchange emails if needed. I thanked him for taking my call.

Action:
1  Remains NOT FFD.
2  Please ask Mr. Woodus for the cardiovascular work-up records.
3  We will await the results of the neurology evaluation.

Thx.  Dr. C

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Apr 12, 2016 | Time: | 1:17:15 PM | Created by: | 00440108 |

**Comment:**

EE had appt with his provider today, Dr. Hearnes.  Dr. Hearnes is available to speak with you this afternoon after 230pm Central.  Contact # 501-224-2800. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Apr 4, 2016 | Time: | 2:12:47 PM | Created by: | 00440108 |

DF_001738 [Woodus]

**Comment:**

Roberta S. Johnson (00416079), Trudie A. Terreo (00413600), YNEZ F. Packer (00353693), Paula J. Osborn (00017138), Michelle R. Kelley (00422398), Kristin M. Bracken (00017182), Kathy L. Trimmer (00454387), Carol S. Patterson (00441693) informed MLOA ext recommended thru 5/2/16. rlr

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** 1001440150 | **Category:** | Activity |
| **Created on:** | Apr 4, 2016 | **Time:** 2:12:22 PM | **Created by:** | 00440108 |

**Comment:**

EE phones to report he has appt scheduled 4/18/16. rlr

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 24, 2016 | **Time:** 9:27:18 AM | **Created by:** | 00415695 |

**Comment:**

Rhonda,  Thank you for the updated information.
No change in the previous
FFD Process Decision.
Thx.  Dr. C

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 23, 2016 | **Time:** 8:16:21 AM | **Created by:** | 00440108 |

**Comment:**

Dr C - no info on CVA last year.  EE did not come thru FFD. rlr

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 22, 2016 | **Time:** 5:38:52 PM | **Created by:** | 00415695 |

**Comment:**

Rhonda & Jean,  Per my case review with the CMO and DCS:
1  This EE
remains NOT FFD.
2  The EE needs a full clinical neurology evaluation,
Brain MRI and EEG for consideration of RTW at Full Duty.
3  Cardiology
evaluation is not needed at present.
4  Please see if we have any record
of this EE having a CVA about one year ago.
Thx.  Dr. C

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 22, 2016 | **Time:** 2:33:14 PM | **Created by:** | 00440108 |

**Comment:**

RRB SDS completed by HMS faxed and mailed to RRB. Copy mailed to ee. rlr

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 15, 2016 | **Time:** 2:45:41 PM | **Created by:** | 00440108 |

**Comment:**

501.256.7444.  TC with ee to relay additional medical info needed to complete FFD review.  EE will contact his provider to coordinate requested evaluations.  Referred ee to letter sent by HMS on 3/9/16. EE instructed to contact HMS if he or his provider have questions.  rlr

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 15, 2016 | **Time:** 12:26:10 AM | **Created by:** | 00415695 |

**Comment:**

Rhonda, The medical records obtained to this point indicate possible TIA
vs seizure.
  Co-workers observed the EE to be confused and shaking at the
hotel when they checked on him after he did not get up in time to report

DF_001739 [Woodus]

The EMS records show him to be oriented but diaphoretic.

The hospital records show that he had altered mental status, aphasia, and dysarthria/slurred speech. A Head CT Scan showed left frontal changes felt to be secondary to his previous CVA one year ago. He was sent for an MRI Scan but developed nausea and could not have the study. After his nausea was controlled, he refused the MRI. An EEG was also ordered due to the reported shaking but the EE left the hospital Against Medical Advice before that could be done as well.

   The admitting diagnosis was "Transient Ischemia," presumably a TIA, but serious consideration was given to a seizure as well.

Action:
1  This EE is NOT FFD.
2  He needs to FU with his doctors and have a full neurology and cardiovascular work-up.
3  Please ask Jean Lempke, RN to be sure that we discuss this case at the time of our next CMO case review.
4  Please also review prior cases to determine if this EE reported the CVA that he had one year ago.
Thx.  Dr. C

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Mar 14, 2016 | Time: | 2:38:41 PM | Created by: | 00440108 |

**Comment:**
ED/hospital admission documentation. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Mar 14, 2016 | Time: | 2:38:17 PM | Created by: | 00440108 |

**Comment:**
Trackman who's manager reported that the EE had "stroke like" symptoms on 3/2/16 has provided ED records. Appears ee left AMA. Per TC with ee, he has not seen any providers since returning home. Please review and advise. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Mar 10, 2016 | Time: | 2:22:44 PM | Created by: | 00440108 |

**Comment:**
Signed authorization for ROI form received and faxed to Duncan Regional Hospital. rlr

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Mar 7, 2016 | Time: | 4:01:04 PM | Created by: | 00415695 |

**Comment:**
Katie, There is conflicting information in this clinic note. It states that CVA is linked to the visit that he just had. That means that it is a current diagnosis. Further, the history states that he "Passed out at work."
Action:
1  NOT FFD.
2  We need all records from all providers who have treated him since this episode started. We also need the records from last year's stroke.
3  He needs a Full Neurology and cardiology evaluation for the syncopal episode at work.
Thx.  Dr. C

| Case Number: | 000001400456 | Service Number: | 1001440150 | Category: | Activity |
|---|---|---|---|---|---|
| Created on: | Mar 7, 2016 | Time: | 1:29:14 PM | Created by: | 00466031 |

DP_001740 [Woodus]

**Comment:** clinic note from 3/3/16 received. knh

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 7, 2016 | **Time:** | 1:28:53 PM | **Created by:** | 00466031 |

**Comment:**

Dr. Hughes,

Trackman who's manager reported that the EE had "stroke like" symptoms at work last week. He has submitted his clinic note from the clinic visit that day. He denies going to the ER or having testing done, only a CXR. This clinic note show CVA. EE states "i didn't have a stroke this year, I had a stroke last year." Please review and advise. knh

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 3, 2016 | **Time:** | 2:34:51 PM | **Created by:** | 00440108 |

**Comment:**

Roberta S. Johnson (00416079), Trudie A. Terreo (00413600), YNEZ F. Packer (00353693), Paula J. Osborn (00017138), Michelle R. Kelley (00422398), Kristin M. Bracken (00017182), Kathy L. Trimmer (00454387), Carol S. Patterson (00441693) informed MLOA recommended 3/2/16 - 3/31/16. rlr

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 3, 2016 | **Time:** | 2:25:04 PM | **Created by:** | 00466031 |

**Comment:**

Letter mailed and emailed to EE with what is needed for RTW.

TC from EE
that he did not go to the ER, was not hospitalized and did not have a stroke. He will submit clinic notes and test results with his full duty release. knh

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 0000000000 | **Category:** | Case |
| **Created on:** | Mar 2, 2016 | **Time:** | 11:18:19 AM | **Created by:** | 00466031 |

**Comment:** LOC/SI RESTRICTIONS
**REQUIRES RTW EXAM - OFF > 1 YR**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 000001400456 | **Service Number:** | 1001440150 | **Category:** | Activity |
| **Created on:** | Mar 2, 2016 | **Time:** | 11:18:19 AM | **Created by:** | 00466031 |

**Comment:**

TC from JW Crook the this EE had stroke like symptoms last night and was taken to the ER. He is still in the hospital. Informed that EE with require FFD eval prior to RTW for RHC. knh

DF_001741 [Woodus]

 FedEx Office

# Fax Cover Sheet

Date _3/3/16_  Number of pages _7_ (including cover page)

## To:

Name _KATIE HELLER_

Company _U.P.P.R_

Telephone _402 501 0067_

Fax _____

Comments _RE:_

## From:

Name _JOEY WOODUS_

Company _____

Telephone _____



Fax - Local Send



Fax - Domestic Send



Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

©2015 FedEx. All rights reserved. Products, services and hours vary by location. 415.0P00.002



EXHIBIT

D

Charbonneau Aff.

DF_000330 [Woodus]

03/03/2016   14:38   501--372-7004          FEDEX OFFICE   8123              PAGE   02



**HEARNE FAMILY PRACTICE**
**PATIENT CENTERED**
**MEDICAL HOME**
**Archie Hearne MD**

1001 WRIGHT AVENUE
LITTLE ROCK, AR 72206

Phone: 501-224-2800
Fax: 501-224-2829

**PHYSICIAN'S RELEASE**
**TO RETURN TO WORK FORM**

Employee's Name: Joey Woodus   Date: 3/3/2016

After reviewing the attached job description and the specific tasks within the
job description please complete either (A) or (B) as appropriate and sign and
date below.

(A) The above named employee has been released by the above named

physician to return to Full Duty 3/3/2016 _____ (Date)
with NO RESTRICTIONS.

(B) The above named employee has been released by the above named
physician to Return to Work on _____ (Date) WITH THE
FOLLOWING RESTRICTIONS through _____ (Date):

Check applicable boxes and provide limitations/restrictions.

| | | | |
|---|---|---|---|
| [ ] Lifting (Max weight in lbs) _____ lbs. | | [ ] Walking _____ hours per day |
| [ ] Repetitive Lifting _____ lbs. | | [ ] Standing _____ hours per day |
| [ ] Carrying _____ lbs. | | [ ] Sitting _____ hours per day |
| [ ] Pushing/pulling _____ lbs. | | [ ] Crawling _____ hours per day |
| [ ] Pinching/Gripping _____ lbs. | | [ ] Kneeling _____ hours per day |
| [ ] Reaching over head | | [ ] Squatting _____ hours per day |
| [ ] Reaching away from body | | [ ] Climbing _____ hours per day |

[ ] Repetitive Motion Restrictions:

[ ] Other Restrictions:

| These limitations/restrictions are: | [ ] Temporary limitations/restrictions |
|---|---|
| | [ ] Permanent limitations/restrictions |

IF THE ABOVE RESTRICTION CONSTITUTE MODIFIED DUTY AND SUCH DUTY IS NOT
AVAILABLE, IT IS ASSUMED THAT THE EMPLOYEE WILL BE SENT HOME RATHER THAN
RETURN TO WORK.   My signature indicates thatI have read and understand the employee's
job description and the listed tasks within the job description and that my findings are based
on my medical assessment of this employee's physical capabilities as compared to the
essential functions of the job.

| Physician's Name (Please Print): | | Archie Hearne, MD | |
|---|---|---|---|
| Physician's Signature: | Date: | | 2/3/2016 |

I AGREE THAT:
I will follow through with all of the restrictions listed above.   I will notify my supervisor of
any departure from these restrictions.

| Employee's Signature: | Date: | | |
|---|---|---|---|

DF_000331 [Woodus]

03/03/2016  14:33    501--372-7004          FEDEX OFFICE      8123          PAGE   03

PATIENT
**JOEY L WOODUS**
DOB
AGE    52 yrs
SEX    Male
PRN    JW119087

FACILITY
**Hearne Family Clinic PCMH**
T   (501) 224-2800
F   (501) 224-2829
1001 Wright Ave
Little Rock, AR 72206

ENCOUNTER
**NOTE TYPE**      SOAP Note
**SEEN BY**        Archie Hearne MD
**DATE**           03/03/2015
**AGE AT DOS**     52 yrs
Not signed

## Chief complaint

Patient c/o Chest Congestion and Physical Exam

| Vitals for this encounter | 03/03/16 1:32 PM |
|---|---|
| Height | 71 in |
| Weight | 220 lb |
| BMI | 30.68 |
| Blood pressure | 140/80 mmHg |

| Vitals flowsheet - JOEY L WOODUS | 03/03/16 1:32 PM |
|---|---|
| **Vitals** | |
| Height | 71 in |
| Weight | 220 lb |
| BMI | 30.68 |
| BP | 140/80 mmHg |
| Temperature | |
| Pulse | |
| Respiratory rate | |
| O2 Saturation | |
| Pain | |
| Head Circumference | |

DF_000332 [Woodus]

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (461.0) Acute maxillary sinusitis | | |
| (466.0) Acute bronchitis | | |
| (272.0) Pure hypercholesterolemia | | |
| (401.9) Unspecified essential hypertension | | |
| (434.91) Cerebrovascular accident | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Penicillins | Severe | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

DF_000333 [Woodus]

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| amLODIPIne (Norvasc) 5 mg oral tablet | 1 tab qd | 04/22/15 - | " |

- EScript: 04/22/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- EScript: 05/11/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- EScript: 07/14/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- EScript: 10/13/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Aspirin (Bayer Aspirin) 325 MG Oral Tablet | 1 tab qd | 04/29/15 - | - |

- Script 04/29/15 Prescriber: Archie Hearne MD Refills: 0 Quantity: 31
- EScript: 05/11/15 Prescriber: Archie Hearne MD Refills: 0 Quantity: 31
- EScript: 07/14/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- EScript: 10/13/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- Script: 03/03/16 Prescriber: Archie Hearne MD Refills: 0 Quantity: 90

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Atorvastatin Calcium 40 MG Oral Tablet | 1 tab qd | 04/22/15 - | - |

- EScript: 04/22/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- EScript: 05/11/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- EScript: 07/14/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- EScript: 10/13/15 Prescriber: Archie Hearne MD Refills: 3 Quantity: 31
- Script: 03/03/16 Prescriber: Archie Hearne MD Refills: 0 Quantity: 90

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Ciprofloxacin HCl (Cipro) 250 MG Oral Tablet | 1 tab bid | - | • |

- EScript: 10/13/15 Prescriber: Archie Hearne MD Refills: 0 Quantity: 14
- Script: 11/30/15 Prescriber: Archie Hearne MD Refills: 0 Quantity: 14
- Script: 03/03/16 Prescriber: Archie Hearne MD Refills: 0 Quantity: 14

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Ciprofloxacin HCl (Cipro) 250 MG Oral Tablet | | - | - |

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| loratadine-pseudoephedrine (Claritin-D 12 Hour) 5 mg-120 mg oral tablet, extended release | 1 tab bid prn congestion | 04/22/15 - | - |

- Script: 04/22/15 Prescriber: Archie Hearne MD Refills: 0 Quantity: 20
- Script: 05/11/15 Prescriber: Archie Hearne MD Refills: 2 Quantity: 28
- Script: 11/30/15 Prescriber: Archie Hearne MD Refills: 2 Quantity: 20
- Script: 03/03/16 Prescriber: Archie Hearne MD Refills: 0 Quantity: 20

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|

No immunizations recorded for this patient.

## Past medical history

No past medical history available for this patient.

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|

No Family health history recorded

## Advanced Directive

| DIRECTIVE | RECORDED |
|---|---|

No advanced directives recorded for this patient.

## Subjective

Main concern is passed out at work and congestionGeneral: No fever, chills, or weight change.. Eyes: No blurred or double vision.. Head: No headaches or migraines.. Chest: No cough or shortness of breath.. Heart: No high blood pressure, heart attack, or irregular heart beat.. Musculoskeletal: No joint or back pain or muscle problems.. Skin: No rashes or other skin complaints.. Neurologic: No weakness, no stroke, no seizures, no numbness or tingling.. Endocrine: No excessive thirist or excessive heat or cold..

## Objective

Eyes: PERRLA, EOM's full, conjunctivae clear, fundi grossly normal. Ears: EAC's clear, TM's normal. Nose: Mucosa normal, no obstruction. Throat: Clear, no exudates, no lesions. Neck: Supple, no masses, no thyromegaly, no bruits. Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Back: Normal curvature, no tenderness. Extremities: FROM, no deformities, no edema, no erythema. Neuro: Physiological, no localizing findings.

## Assessment

Diagnoses attached to this encounter:

(434.91) Cerebrovascular accident

(401.9) Unspecified essential hypertension

(272.0) Pure hypercholesterolemia

(461.0) Acute maxillary sinusitis

## Plan

Medications attached to this encounter:

amLODIPine (Norvasc) 5 mg oral tablet Sig: 1 tab qd

DF_000335 [Woodus]

Atorvastatin Calcium 40 MG Oral Tablet Sig: 1 tab qd

Ciprofloxacin HCl (Cipro) 250 MG Oral Tablet Sig: 1 tab bid

loratadine-pseudoephedrine (Claritin-D 12 Hour) 5 mg-120 mg oral tablet, extended release Sig: 1 tab bid prn congestion

## Screenings/interventions/assessments

No screenings/interventions/assessments recorded.

## Observations

No observations recorded.

## Quality of care

No quality of care events recorded.

## Care plan

No care plan recorded.



**1407 WHISENANT DR.**
**DUNCAN, OK 73533**
**(580)252-5300**

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Rhonda Ross | FROM: MEDICAL RECORDS |
| COMPANY: Union Pacific. | DATE: 3-11-16 |
| FAX NUMBER: 402 501 0067 | TOTAL NO. OF PAGES INCLUDING COVER: 23. |
| PHONE NUMBER: | SENDER'S PHONE NUMBER: 580-251-8658 |
| RE: J. Woodus | SENDER'S FAX NUMBER: 580-251-8666 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

### **CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION, BELONGING TO DUNCAN REGIONAL HOSPITAL, THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN OF THESE DOCUMENTS.

**EXHIBIT**
**E**
Charbonneau Aff.

PENGAD 800-631-6989

DF_000297 [Woodus]

Mar. 11. 2016  7:40AM
Union Pacific Railroad
Health and Medical Services
No. 7806   P. 2

### Authorization To Release Protected Health Information For Employees

Name of Employee: Joey L Woodus                          DOB:
Address:

**I hereby Authorize**

| | |
|---|---|
| Name | Duncan Regional Hospital |
| Address | 1407 N Whisenant Dr |
| | Duncan, OK 73533 |
| Phone | 580-252-5300 |
| Fax | 580-251-8666 |

**To furnish Information to :**

UNION PACIFIC RAIL ROAD - Health & Medical Services
1400 DOUGLAS STREET - Mail Stop 0350
OMAHA, NE 68179-0350
PHONE: 877-275-8747
FAX: 402-501-0067

**\*\*IMPORTANT: Please Use The Attached Bar Coded Cover Sheet When Faxing Medical Information Requested:**

Dates of Service: Mar 2, 2016  to Mar 9, 2016      Information Needed  Mar 14, 2016

[✓] Complete Health Record    [ ] History & Physical Examination    [ ] Consultation Reports
[ ] Progress Notes            [ ] Discharge Summaries               [ ] Operative/Pathology Reports
[ ] ER/Urgent Care Reports    [ ] Diagnostic Study Reports
[ ] Other

**Purpose of release of records:**

[✓] To Determine Fitness-For-Duty
[✓] Return To Work
[ ] Other

**Authorization:**

I understand the information to be released may include records related to behavior and/or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. This authorization may be revoked at any time except to the extent that action has been taken in reliance upon it. Revocation must be made in writing to the provider/facility releasing the information. Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by federal

This authorization will expire one year from the date of signing unless I indicate an earlier date

Joey L Woodus

Employee Name                                              Employee ID

*Jerry Woodus*                                             3/9/16

Employee Signature                                         Date

Mailing Address          City          State          Zip Code          Phone Number

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Page 1 of 1

DF_000298 [Woodus]

Mar. 11. 2016  7:42AM                                                        No. 7806   P. 3

```
DATE: 03/07/16 @ 1053        Duncan Regional Hospital ABS *LIVE*          PAGE 1
USER: DRH6864                     ATTESTATION STATEMENT
```

| NAME | WOODUS,JOEY LYDELL | | ACCT #: | DOU093096003 |
|------|--------------------|--|---------|--------------|

```
ADM DATE:     03/02/16                        UNIT #:      MR00164381
ATTEND PHYS:  Duran,Shaun MD                  SEX:         M
DIS DATE:     03/02/16                        AGE:         52
DISCH DISP:   Against Medical Advice - 07     DOB:         ▮▮▮▮▮▮▮▮▮
LOS:          1                               FIN CLASS:   BC
PT CLASS:     INO                             ABS STATUS:  FINAL
```

```
DIAGNOSES:
ADMIT:                                                                 POA?
PRINC:   R41.82    ALTERED MENTAL STATUS, UNSPECIFIED
SECOND:  R47.01    APHASIA                                         C
         R47.81    SLURRED SPEECH
         Z86.73    PRSNL HX OF TIA (TIA), AND CEREB INFRC W/O RESID D
```

```
OPERATIONS:
```

```
DRG:

STATUS    $ REIMB  MIN-LOS  MAX-LOS  STD-LOS    GRP VERS   GRP FC
                                                33         BC
```

```
I certify that the narrative descriptions of the principal and secondary diagnoses and
the major procedures performed are accurate and complete to the best of my knowledge.

_____              DATE:  _____
```



**Duncan Regional Hospital**
PO Box 2000, Duncan, OK  73534
(580) 252-5300

ACCT # D00033096003                                                    MR# MR00164381

| ADMIT DATE: 03/02/16 | ROOM/BED: 214-01 | PATIENT STATUS: DIS INo |
| ADMIT TIME: 0306 | ACCOM: Private | LOS: 1 |
| DISCH DATE: 03/02/16 | SERV/LOC: OBSV | FINANCIAL CLASS: BC |
| DISCH TIME: 1300 | ADMIT SOURCE: Emergency Room | ADM CLERK: DRH7527 |

### *** PATIENT INFORMATION ***

PATIENT: WOODUS,JOEY LYDELL
ADDRESS:

PHONE #:
PATIENT EMAIL:

BIRTHDATE:
MARITAL ST: Single
RELIGION:
OTH NAME:

AGE: 52   SEX: M
SS#:
RACE: Black or A

### *** PHYSICIAN INFORMATION ***

ADMIT PHYSICIAN: Duran,Shaun MD
ATTENDING PHYSICIAN: Duran,Shaun MD
ER PHYSICIAN: Harrison, John J. DO

PRIMARY CARE PHY:
FAMILY PHYSICIAN:
OTHER PHYSICIAN:

### *** EMPLOYMENT INFORMATION ***

EMPLOYER: UNION PACIFIC RAILROAD
ADDRESS: ARKANSAS
ARKANSAS,AR 72114

OCCUPATION:
EMP PHONE #: UNK

### *** CONTACT INFORMATION ***

NEXT OF KIN: WALTON,JOYCE
NOK ADDRESS:

NOK PHONE #:
WORK PHONE #:

PERSON TO NOTIFY: WOODUS,SHIRLEY
PERSON NOTIFY ADD:

PERSON NOTIFY PH#:
WORK PHONE #:

### *** GUARANTOR INFORMATION ***

GUARANTOR NAME: WOODUS,JOEY LYDELL
GUAR ADDRESS:

GUAR PHONE NO:
GUAR EMAIL:

GUAR EMPLOYER: UNION PACIFIC RAILROAD
GUAR EMP PH #: UNK
RELATIONSHIP: Self
GUARANTOR SS#:

| INSURANCE | POLICY # | SUBSCRIBER | AUTH/PRE CERT# |
| 1 BC BS Out of State | | WOODUS,JOEY L | |
| PO BOX 3283,TULSA,OK 74102 | | | |
| 801-722-3730 | | GROUP # | |
| 2 | | | |
| | | GROUP # | |
| 3 | | GROUP # | |
| 4 | | GROUP # | |

ADMITTING DIAGNOSIS: TIA                          ICD9-CM CODE:

COMMENT:

DUNCAN REGIONAL HOSPITAL

SHORT STAY SUMMARY

| | | | |
|---|---|---|---|
| NAME: | WOODUS,JOEY LYDELL | ACCT#: | D00033096003 |
| ADM DATE: | | DIS: | 03/02/16 |
| DOCTOR: | Shaun Duran MD | ROOM: | 214 |
| DOB / AGE: | ▓▓▓▓▓▓ / M | MR #: | MR00164381 |
| FAMILY: | | | |
| PRIMARY: | | | |
| NURSING HOME: | | | |

cc:

Mr. Wood was admitted to the medical/surgical floor in the early morning hours
of March 2, 2016, with an altered mental status, slurred speech, aphasia, and
a question of stroke versus seizure. Holding orders were placed by the
emergency department physician and evaluation for stroke versus seizure was
undertaken and with a MRI and an EEG ordered. A head CT was performed which
was negative. The medical student did go see Mr. Woodus and I discussed the
case with him. We ordered tests to evaluate for stroke and seizure. Mr. Woodus
was taken for a MRI and became nauseous and subsequently was returned to his
room. When his nausea was symptomatically treated, he was offered to have a
MRI performed again for which he declined. Later that morning, I received a
call from the nurse covering Mr. Woodus that he had a left AGAINST MEDICAL
ADVICE and signed a form stating this before I had a chance to discuss any
possible ramifications and coordinate any ongoing care with Mr. Woodus. I did
not have a chance to evaluate Mr. Woodus either. He has therefore been
discharged AGAINST MEDICAL ADVICE.

Shaun Duran, MD

D.D/T: 03/03/2016 19:36:34/SD/Eastern Standard Time   D.ID: 54429438
T.D/T: 03/04/2016 11:17:36/tp/Eastern Standard Time   V.ID: 60705628

DF_000301 [Woodus]

DUNCAN REGIONAL HOSPITAL

ER PHYSICIAN REPORT

NAME:       WOODUS,JOEY LYDELL            ACCT#:  D00033096003
ADM DATE:   03/02/16                      LOC:    T2
DOCTOR:     Harrison, John J. DO                                     ROOM:  214
DOB / AGE:  ████████ M                    MR #:   MR00164381
FAMILY:
PRIMARY:
ER OTH DR:
NURSING HOME:

**Neuro HPI**

**- General**
**Chief Complaint:** Neuro symptoms/Deficit
**Stated Complaint:** possible stroke
**Time Seen by Provider:** 03/02/16 02:00
**Source:** patient, EMS, other (coworkers)
**Mode of arrival:** EMS
**Limitations:** no limitations
**Nursing Triage Story:**
pt is staying at a local hotel with his co-workers, when they tried to wake him up this morning, he
was not himself, he was having trouble talking and was drooling. co-workers state pt was weaker
than normal yesterday at work. pt does have a history of a stroke approx a year ago. pt is alert and
oriented, he is able to answer questions during triage, he is slow to respond and is weak. but he is
appropriate

**- History of Present Illness**
**HPI Narrative:**
Patient woke this morning it was noted by his coworkers to have difficulty speaking and not being
himself. Patient has a history of a CVA about a year ago. His coworkers state that yesterday during
the day he was not quite himself. He was weaker than usual. And had difficulty forming some task
and seemed a little bit confused. Patient states that he has felt bad for last few days and taking cold
medicines. This morning patient awoke about 1 AM. He will coworker states that he washed his face
and seemed like he was doing generally okay. He was not sure he did not talk to him or anything. He
then noted that the patient was sitting on the bed and he looked at him and the patient started
shaking and then was very confused and could not talk. States that he was sweaty all over his well.
The patient denies any pain at all. He states that he currently feels better.
**Onset (ago):** unknown
**Is the date and time for 'last known well' known?:** No
**Timing confirmed by:** other (coworkers)
**Location:** Present: speech, dysarthria
**History of same:** Yes
**Severity:** moderate
**Quality:** Present: other
**Improves with:** Yes: time
**Worsens with:** Yes: none

DUNCAN REGIONAL HOSPITAL

ER PHYSICIAN REPORT

**Context:** Yes: sudden onset
**On Anticoagulants:** No
**Associated symptoms:** Present: confusion, weakness. Absent: chest pain, cough, diaphoresis, fever/chills, headaches, loss of appetite, malaise, nausea/vomiting, vertigo, seizures, shortness of breath, syncope
**Treatments Prior to Arrival:** Yes: none

**- Related Data**
**Home Medications:**

Home Medications

| Medication | Instructions | Recorded | Confirmed |
|---|---|---|---|
| Aspirin [Aspirin Enteric Coated] | 81 mg PO DAILY | 03/02/16 | 03/02/16 |
| Atorvastatin Calcium [Lipitor] | 40 mg PO QHS | 03/02/16 | 03/02/16 |
| amLODIPine BESYLATE [Norvasc] | 5 mg PO DAILY | 03/02/16 | 03/02/16 |

**Allergies/Adverse Reactions:**

**Allergies**

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Unverified | 03/02/16 02:10 |

**Review of Systems**
**All systems:** reviewed and negative except as stated.
**Constitutional:** Reports: no symptoms reported.  Denies: chills, fever
**Eyes:** Denies: eye pain
**ENT ED:** Denies: ear pain, throat pain, hearing loss, congestion
**Cardiovascular:** Denies: chest pain, palpitations, edema, syncope
**Respiratory:** Denies: cough, shortness of breath, SOB with excertion, wheezing
**Gastrointestinal:** Denies: abdominal pain, nausea, vomiting, diarrhea, hematemesis, melena
**Genitourinary:** Denies: urgency, dysuria, frequency, hematuria, testicular pain
**Musculoskeletal:** Denies: back pain, joint swelling, myalgia
**Integumentary:** Denies: rash
**Neurological:** Denies: headache, weakness, numbness, paresthesias, vertigo
**Psychiatric:** Denies: homicidal thoughts, auditory hallucinations, visual hallucinations
**Endocrine:** Denies: intolerance to cold, intolerance to heat
**Hematological/Lymphatic:** Denies: easy bleeding, easy bruising

**Past Medical History**

**- Past Medical History**
**Attestation:** Yes The following information was validated with the patient.
**Medical history:** Reports: CVA, hypertension, hyperlipidemia
**Psychiatric history:** Reports: no pertinent history

Patient: WOODUS,JOEY LYDELL   Acct #: D00033096003                    Page - 2 -

DF_000303 [Woodus]

DUNCAN REGIONAL HOSPITAL

ER PHYSICIAN REPORT

**- Family History**
  ** Father
**Family History:** hypertension

**- Social History**
**Smoking Status:** Never smoker
**Alcohol Use:** none
**Drug use:** Reports: none
**Additional Social History:**
lives with his family. His currently here on a job.

**Physical Exam**

**- Nursing Notes**
**Nursing notes:** Nursing notes reviewed.
Patient appears stated age. He's well-nourished. He seemed to be having some dysarthria or difficulty speaking. His strength is equal bilaterally. He does not have any numbness or tingling.

**- General**
**Limitations:** no limitations
**General appearance:** alert

**- Head**
**Head exam:** atraumatic, normocephalic

**- Eye**
**Eye exam:** Present: normal appearance, PERRL, EOMI

**- ENT**
**ENT exam:** normal exam, normal oropharynx, mucous membranes moist, TM's normal bilaterally

**- Expanded ENT Exam**
**Throat exam:** Present: normal inspection.  Absent: tonsillar erythema, R peritonsillar mass, L peritonsillar mass, muffled voice

**- Neck**
**Neck exam:** Present: normal inspection.  Absent: meningismus, lymphadenopathy

**- Expanded Neck Exam**
**Neck exam focused ED:** Absent: tracheal deviation

**- Chest**
**Chest inspection:** Present: normal inspection, symmetric chest wall rise.  Absent: tenderness

**- Respiratory**
**Respiratory exam:** Present: normal lung sounds bilaterally.  Absent: respiratory distress, wheezes, stridor

**- Cardiovascular**

Patient: WOODUS,JOEY LYDELL   Acct #: D00033096003                    Page - 3 -

DF_000304 [Woodus]

DUNCAN REGIONAL HOSPITAL

ER PHYSICIAN REPORT

**Cardiovascular exam:** Present: regular rate, normal rhythm, normal heart sounds

**- Abdominal Exam**
**Abdominal exam:** Present: soft, normal bowel sounds.  Absent: distention, tenderness, guarding, rebound

**- Extremities Exam**
**Extremities exam:** Present: normal Inspection.  Absent: tenderness, pedal edema

**- Back Exam**
**Back exam:** Present: normal inspection.  Absent: tenderness, muscle spasm

**- Neurological Exam**
**Neurological exam:** Present: alert, oriented X3

**- NIHSS**
**Level of Consciousness:** Alert
**LOC questions:** Answers both questions correctly
**LOC commands:** Performs both tasks correctly
**Best Gaze:** Normal
**Visual fields:** No visual loss
**Facial palsy:** Normal symmetrical movements
**Motor Arm: Left:** No drift
**Motor Arm: Right:** No drift
**Motor Leg: Left:** No drift
**Motor Leg: Right:** No drift
**Limb Ataxia:** Ataxia absent
**Sensory:** No sensory loss
**Best Language:** No aphasia; normal
**Dysarthria:** Mild to moderate dysarthria
**Extinction and Inattention:** No abnormality
**NIHSS total score:** 1

**- Skin**
**Skin exam:** Present: warm, dry, intact, normal color.  Absent: rash

**Course**
**Course Narrative:**
I discussed this with the patient and with his coworkers. It is not clear if he was actually well when he went to bed tonight at 9:00. He was not seen until 1:00 after that. The coworker cannot tell me if he was normal when he got up this morning. He can also not tell me for sure if whether he thinks he had a seizure when he was laying better not he thinks that this may be a possibility. After multiple discussions with the patient and with his coworker the last time that he was definitively probably well was 9 PM. Currently patient states that he feels good. Stroke scale is 0. We proceeded as if he was a candidate for TPA. It does not appear that this is the case.

**Neuro Medical Decision Making**

**- Medical Decision Making**

Patient: WOODUS,JOEY LYDELL  Acct #: D00033096003                    Page - 4 -

DF_000305 [Woodus]

DUNCAN REGIONAL HOSPITAL

ER PHYSICIAN REPORT

**Medical decision making narrative:**
Patient is doing very well. He is resting comfortable. He still states he feels fine. His repeat stroke scale was 0. His CAT scan looks okay of the low stroke. This point we are going admitted in the hospital for further evaluation treatment monitoring and to get an MRI. I discussed this with the patient and he understands and agrees. Still question whether he could've been a seizure given the shaking spell that his coworker described. Also time of last inguinal well was 9 PM so it was greater than 4.5 hours since last known well.
**Reason no tPA administered:** Drug tx not indicated

**- Medical Records**
**Medical records reviewed:** Yes I reviewed the patient's medical records.

**- Vital Signs**
**Vital signs reviewed:** I reviewed the patient's vital signs.
**Vital signs narrative:**

### Vital Signs

| Pulse Rate | 74 | 03/02/16 02:00 |
|---|---|---|
| Respiratory Rate | 18 | 03/02/16 02:00 |
| Blood Pressure | 151/104 | 03/02/16 02:00 |
| O2 Sat by Pulse Oximetry | 95 | 03/02/16 02:00 |

**- Lab Data**
**Lab results reviewed:** Yes I reviewed the patient's lab results.
**Result diagrams:**

03/02/16 02:04

7.99  13.5 / 30.9  249

03/02/16 02:04

141 | 108H | 11
3.6 | 27 | 1.04   163H

### Lab Results

|  | 03/02/16 02:04 | Range/Units |
|---|---|---|
| WBC | 7.99 | (4.0-10.8) 10x3/uL |
| RBC | 4.48 L | (4.63-5.10) 10x6/uL |
| Hgb | 13.5 L | (13.7-17.5) g/dL |
| Hct | 39.9 L | (40.1-51.0) % |
| MCV | 89.1 | (80.0-94.0) fL |
| MCH | 30.1 | (27.0-33.0) pg |
| MCHC | 33.8 | (31.0-35.0) g/dL |
| RDW | 13.4 | (11.5-14.5) % |
| Plt Count | 249 | (170-350) 10x3/uL |

DF_000306 [Woodus]

DUNCAN REGIONAL HOSPITAL

ER PHYSICIAN REPORT

| MPV | 10.5 | (8.4-12.0)  fL |
|---|---|---|
| PT | 13.3 | (11.6-14.3)  Seconds |
| INR | 1.03 | (0.86-1.13) |
| Sodium | 141 | (136-145)  mmol/L |
| Potassium | 3.6 | (3.5-5.1)  mmol/L |
| Chloride | 108 H | (98-107)  mmol/L |
| Carbon Dioxide | 27 | (21-32)  mmol/L |
| Anion Gap | 10 | (10-20)  mmol/L |
| BUN | 11 | (7-18)  mg/dl |
| Creatinine | 1.04 | (0.60-1.30)  mg/dl |
| Estim Creat Clear Calc | 91 | ml/min |
| Estimated GFR (MDRD) | > 60 | (> 60)  ml/min |
| BUN/Creatinine Ratio | 11 | (8-29)  Ratio |
| Glucose | 183 H | (70-100)  mg/dl |
| POC Glucose | 166 H | (70-100)  mg/dl |
| Calculated Osmolality | 296 | (270-310)  mOsm/Kg |
| Calcium | 8.0 L | (8.5-10.1)  mg/dl |
| Creatine Kinase | 149 | (39-308)  U/L |
| Troponin I | < 0.015 | (0.000-0.045)  ng/ml |

**- Radiology Data**
**Radiology results reviewed:** Yes I reviewed the patient's radiology results.

**- EKG Data**
   ** EKG #1
**EKG attestation:** Yes I reviewed and interpreted this EKG.
**Rate:** normal (74)
**Rhythm:** other (atrial)
**When compared to previous EKG there are:** no significant changes, previous EKG unavailable
**Interpretation:** no acute changes

**Disposition**
**Clinical Impression:**
   Transient ischemia

**Mental status change**
**Qualifiers:**
 **Altered mental status type:** unspecified **Qualifier Code:** (R41.82) Altered mental status,
unspecified
**Disposition:** DRH Tower 3 - 02
**Condition:** Fair
**Time of Disposition:** 03:06

<Electronically signed by John J. Harrison DO> 03/02/16 0420
 03/02/16 0420

Patient: WOODUS,JOEY LYDELL  Acct #: D00033096003                    Page - 6 -

DF_000307 [Woodus]

No Patient Admitted

Paced

2-Mar-2016  2:02:33

Page 1  of 1



| HR | 74 |
| RR | 812 |
| PR | 153 |
| QRSD | 90 |
| QT | 396 |
| QTc | 440 |

--AXIS--

| P | 68 |
| QRS | 50 |
| T | 55 |

Age not entered, assumed to be 50 years old for purpose of ECG interpretation
Atrial-paced complexes..............................other complexes also detected
Minimal ST elevation, inferior leads........................ST >0.06mV, II III aVF

Room:          ER02

- ABNORMAL ECG -

12 Lead ECG Report (Mason-Likar)                    Unconfirmed Diagnosis

MR:
WOODUS,JOEY
FN# D00033295003   MR# MRO0164381
DOB:                AD: 03/02/16
ADM:               RM:
FN:

PRE ER
M52

Device: ER02MON    Speed: 25 mm/sec   Limb: 10 mm/mV   Chest: 10 mm/mV        60~ 0.15-100 Hz    PH100B C P

PHILIPS

DF_000308 [Woodus]

No. 7806  P. 12

Mar. 11, 2016  7:49AM

DUNCAN REGIONAL HOSPITAL, INC.
Radiology Services
PO Box 2000
Duncan, OK 73534
Phone: 580-251-8901  Fax: 580-251-8907

| | |
|---|---|
| NAME: WOODUS,JOEY LYDELL | ORD PROVIDER: John J. Harrison DO |
| LOC: ER | PRIMARY: |
| MR#: MR00164381 | ADMITTING: |
| ACCT# D00033096003 | ATTENDING: |
| DOB: ███████ | FAMILY: |
| AGE: 52 | REFERRING: |
| ACCESSION#: A00178819 | OTHER DOC: |
| EXAM DATE/TIME: 03/02/16 0217 | NURSING HOME: |

## REPORT STATUS: Signed

| EXAM# | TYPE/EXAM | EXAM DESCRIPTION |
|---|---|---|

CT - TPA Head

Reason for Exam: dysarthia

EXAM DESCRIPTION:
CT - TPA Head  3/2/2016 2:17 AM

CLINICAL HISTORY:
52 y/o , M, dysarthia.

COMPARISON:
None.

TECHNIQUE:
Volumetric CT acquisition was performed through the brain.  Images in the axial plane were presented for interpretation.  Coronal and sagittal reconstruction images were presented for interpretation.

FINDINGS:
The soft tissue structures of the face and scalp are normal.
The globes remain intact.
The soft tissues of the orbital fossae are normal.
The paranasal sinuses are grossly clear.
Limited evaluation of the facial bones demonstrate no gross abnormalities.

The calvarium remains intact.
There is no evidence of acute intracranial hemorrhage, midline shift, or mass effect.
The ventricles are age appropriate in size.
The posterior fossa structures are within normal limits.

There are low density changes in the left frontal lobe on axial image 17 measuring 3.1 x 1.2 cm.  There is no definite evidence of acute infarct.

IMPRESSION:
1. No acute intracranial hemorrhage, midline shift, or mass effect.
2. Low density changes in the left frontal lobe, likely representing prior infarct in this area.
3. No definite evidence of acute infarction, though CT in the insensitive for the detection of early ischemia.

WOODUS,JOEY LYDELL     Acct#D00033096003     LOC:ER

DF_000309 [Woodus]

DUNCAN REGIONAL HOSPITAL, INC.
Radiology Services
PO Box 2000
Duncan, OK 73534
Phone: 580-251-8901  Fax: 580-251-8907

Electronically signed by: Supratik MoulikMD 03/02/2016 02:29


03/02/16 0229
**REPORT SIGNATURE ON FILE  03/02/16 0229**
Reported by:  Moulik, Supratik K. MD
Signed by:  Moulik, Supratik K. MD

Family Phys:
Attending Phys:
Technologist: Scott Michael Moore
Transcription Date/Time:  03/02/16 0229
Transcriptionist:
Printed Date/Time:  03/02/16  0231

WOODUS,JOEY LYDELL      Acct#D00033096003      LOC:ER

DF_000310 [Woodus]

Mar. 11. 2016  7:52AM                                                      No. 7806   P. 15

RUN DATE: 03/03/16                  Duncan Regional Hospital LAB *LIVE*              PAGE 1
RUN TIME: 0012              ***DRH Summary Discharge Report - Do not Destroy***

LOCATION

| PATIENT: WOODUS,JOEY LYDELL | ACCT: D00033096003 | LOC: T2 | U: MR00164381 |
|---|---|---|---|
| | AGE/SX: 52/M | ROOM: 214 | REG: 03/02/16 |
| REG DR: Duran,Shaun MD | STATUS: DIS INo | BED: 01 | DIS: 03/02/16 |

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => White Blood Cou | 1 | MAR 2 | 0204 | 7.99 | (4.0-10.8) | 10x3/uL |
| *=> Red Blood Count | 1 | MAR 2 | 0204 | 4.48 L | (4.63-5.10) | 10x6/uL |
| => Hemoglobin | 1 | MAR 2 | 0204 | 13.5 L | (13.7-17.5) | g/dL |
| => Hematocrit | 1 | MAR 2 | 0204 | 39.9 L | (40.1-51.0) | % |
| *=> Mean Corpuscula | 1 | MAR 2 | 0204 | 89.1 | (80.0-94.0) | fL |
| => Mean Corpuscula | 1 | MAR 2 | 0204 | 30.1 | (27.0-33.0) | pg |
| => Mean Corpuscula | 1 | MAR 2 | 0204 | 33.8 | (31.0-35.0) | g/dL |
| => Red Cell Distri | 1 | MAR 2 | 0204 | 13.4 | (11.5-14.5) | % |
| *> Platelet Count | 1 | MAR 2 | 0204 | 249 | (170-350) | 10x3/uL |
| => Mean Platelet V | 1 | MAR 2 | 0204 | 10.5 | (8.4-12.0) | fL |
| => PROTHROMBIN TIM | 1 | MAR 2 | 0204 | 13.3 | (11.6-14.3) | Seconds |
| *> INR | 1 | MAR 2 | 0204 | 1.03(a) | (0.86-1.13) | |
| => Sodium | 1 | MAR 2 | 0204 | 141 | (136-145) | mmol/L |
| => Potassium | 1 | MAR 2 | 0204 | 3.6 | (3.5-5.1) | mmol/L |
| *> Chloride | 1 | MAR 2 | 0204 | 108 H | (98-107) | mmol/L |
| => Carbon Dioxide | 1 | MAR 2 | 0204 | 27 | (21-32) | mmol/L |
| => Anion Gap | 1 | MAR 2 | 0204 | 10 | (10-20) | mmol/L |
| => Blood Urea Nitr | 1 | MAR 2 | 0204 | 11 | (7-18) | mg/dl |
| => Creatinine (pla | 1 | MAR 2 | 0204 | 1.04 | (0.60-1.30) | mg/dl |
| => Bun/Creatinine | 1 | MAR 2 | 0204 | 11 | (8-29) | Ratio |
| *> GFR Estimated | 1 | MAR 2 | 0204 | > 60 | (> 60) | ml/min |
| => Estimated CrCl | 1 | MAR 2 | 0204 | 91 | | ml/min |
| => Glucose (Random | 1 | MAR 2 | 0204 | 183 H | (70-100) | mg/dl |
| => Hemoglobin A1C | 1 | MAR 2 | 0204 | 5.9 | (4.2-6.3) | % A1C |
| *> Estimated Avera | 1 | MAR 2 | 0204 | 123 | | mg/dl |
| => Osmolality, Cal | 1 | MAR 2 | 0204 | 296 | (270-301) | mOsm/Kg |
| => Calcium | 1 | MAR 2 | 0204 | 8.0 L | (8.5-10.1) | mg/dl |
| => Magnesium | 1 | MAR 2 | 0810 | 2.2 | (1.8-2.4) | mg/dl |
| => CK Screen w/ Re | 1 | MAR 2 | 0204 | 149 | (39-308) | U/L |

NOTES:  (a)   INR Therapeutic Range:
                    Low-Intensity OAC Therapy      = 1.5 - 2.0
                    Moderate-Intensity OAC Therapy = 2.0 - 3.0
                    High-Intensity OAC Therapy     = 3.0 - 4.0

Patient: WOODUS,JOEY LYDELL              Age/Sex: 52/M       AcctD00033096003 UnitMR00164381

RUN DATE: 03/03/16              Duncan Regional Hospital LAB *LIVE*              PAGE 2
RUN TIME: 0012            ***DRH Summary Discharge Report - Do not Destroy***

LOCATION

| Patient: WOODUS,JOEY LYDELL | | | | D00033096003 | (Continued) | |
|---|---|---|---|---|---|---|

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => Troponin I | 1 | MAR 2 | 0204 | < 0.015(b) | (0.000-0.045) | ng/ml |
| => Troponin I | 1 | MAR 2 | 0814 | < 0.015(b) | (0.000-0.045) | ng/ml |
| => Triglycerides | 1 | MAR 2 | 0204 | 60 | (0-150) | mg/dl |
| => Cholesterol | 1 | MAR 2 | 0204 | 110 | (0-200) | mg/dl |
| => LDL, Direct | 1 | MAR 2 | 0204 | 56(c) | (0-100) | mg/dl |
| => VLDL Cholesterol | 1 | MAR 2 | 0204 | 12 | (6-35) | mg/dl |
| => HDL | 1 | MAR 2 | 0204 | 48 | (40-60) | mg/dl |
| => LDL/HDL Ratio | 1 | MAR 2 | 0204 | 1.2 L | (2.0-3.0) | Ratio |
| => Cholesterol/HDL | 1 | MAR 2 | 0204 | 2.3 L | (3.1-5.0) | Ratio |
| => Point of Care G | 1 | MAR 2 | 0204 | 166(d) H | (70-100) | mg/dl |
| => Point of Care G | 1 | MAR 2 | 0611 | 113(e) H | (70-100) | mg/dl |
| => Point of Care G | 1 | MAR 2 | 1100 | 127(f) H | (70-100) | mg/dl |

NOTES: (b)

```
| Troponin I Result Interpretation:                        |
| </= 0.045 ng/mL = No evidence of myocardial injury       |
| 0.046-0.099 ng/mL = Inconclusive for myocardial injury.  |
|   Depending on the clinical situation, serial levels at  |
|   3 hrs and 6 hrs may be of benefit (see note).          |
|   Note: A significant absolute change for a serial level |
|   is greater than or equal to 0.023 ng/mL.               |
| =/> 0.1 ng/mL Consistent with myocardial injury.         |
```

(c)

```
|                 LDL-C Expected Ranges:                       |
| The National Cholesterol Education Program Adult Treatment   |
| Panel III (NCEP-ATP III) provided the following              |
| Classifications of LDL-C Concentrations:                     |
|                                                              |
|   Category                         LDL-C (mg/dl)             |
|   --------                         -------------             |
|   Optimal                            < 100                   |
|   Near optimal/above optimal         100-129                 |
|   Borderline High                    130-159                 |
|   High                               160-189                 |
|   Very High                          => 190                  |
```

(d)  Meter ID: UU13113445
     Operator: 6796 HERNANDEZ NORMA
(e)  Meter ID: UU13113232
     Operator: 7562 PLATT SHELBY
(f)  Meter ID: UU13113232
     Operator: 7400 BOYSTER CANDACE

| Patient: WOODUS,JOEY LYDELL | Age/Sex: 52/M | AcctD00033096003 UnitMR00164381 |
|---|---|---|

| Duncan Regional Hospital | | |
|---|---|---|
| | Nursing Notes-Discharge | Page: 1<br>Date: 03/03/16 02:48 |

**WOODUS,JOEY LYDELL**

| Fac: Duncan Regional Hospital | Loc:Tower 2 | Bed:214-01 |
|---|---|---|
| 52 M ▓▓▓ | Med Rec Num:MR00164381 | Visit:D000033096003 |
| Attending:Shaun Duran | | Reg Date:03/02/16 |
| Reason:TIA | | |

### Nursing Notes-Discharge

03/02/16 09:28 Nursing Note by Griner,Vanessa Leigh
patient got clammy and nauseous during mri was unable to complete mri, vitals checked 121/81 hr 57, patient denies nausea now

Initialized on 03/02/16 09:28 - END OF NOTE


03/02/16 05:13 Nursing Note by Quickle,Shelby Platt
Closing note: patient received from the ED at 0350.  Patient scored at 0 on the NIHSS.  No active signs of stroke noted.  Patient is alert and orientated x4.  Telemetry 18 is in place.  Continuous pulse ox in place with O2 at 96% on RA.   No complaints at this time.  Will continue to monitor.

Initialized on 03/02/16 05:13 - END OF NOTE


03/02/16 02:26 ED Nursing Note by Clark,Amanda Lizette
pt is alert and oriented, able to follow commands, he answers all questions appropriately, his response is correct but some words are stuttered.

Initialized on 03/02/16 02:26 - END OF NOTE

DF_000313 [Woodus]

03/0 Mar. 11. 2016  7:54AM  AMR          → DUNCAN REGIONAL HOSPITAL      No. 7806   P. 18  D 2



# AMR
# DUNCAN
## PRE-HOSPITAL CARE REPORT

**Case #: 3106**              **Unit ID:** WD137                          **Date:** 3/2/2016

| SERVICE | DISPATCH INFORMATION | TIMES |
|---|---|---|
| **FROM:** | **CALLER:** <911 CALL> | **CALL RECEIVED:** 01:29:23 |
| 3402 N HIGHWAY 81 | **RESPONSE MODE:** LIGHTS AND SIREN | **DISPATCHED:** 01:29:27 |
| DUNCAN, OK 73533 | **TRANSPORT MODE:** NO LIGHTS AND SIREN | **ENROUTE:** 01:29:28 |
| (HOTEL/MOTEL) | **ALS ASSESSMENT:** AMR PARAMEDIC | **AT SCENE:** 01:35:15 |
| **TO:** | **DISPOSITION:** TRANSPORTED - TO HOSPITAL ER/ED | **AT PT SIDE:** 01:37:00 |
| DUNCAN REGIONAL HOSPITAL | | **TRANSPORT:** 01:50:01 |
| 1407 WHISENANT DR | | **ARRIVAL:** 01:54:12 |
| DUNCAN, OK 73533 | | |
| (HOSPITAL - ED) | **COUNTY RUN NUMBER:** 3106 | **AVAILABLE:** 02:15:50 |
| **ROOM/DEPT:** ER 2 (33096003) | **RESPONDER(S) ON SCENE:** | **SCENE MILES:** 140.2 |
| **DESTINATION DECISION:** CLOSEST MOST APPROPRIATE | DUNCAN FIRE DEPT. | **DEST MILES:** 142.3 |
| | | **TOTAL MILES:** 2.1 |

## PATIENT DEMOGRAPHICS

| | |
|---|---|
| **NAME:** WOODUS, JOEY L | **DOB:** ▇▇▇ |
| **ADDRESS:** ▇▇▇▇▇▇▇ | **AGE:** 52 |
| | **GENDER:** MALE |
| **CITY, STATE ZIP:** Little Rock, AR 72209 | **ETHNICITY:** BLACK/AFRICAN AMERICAN |
| **PHONE:** (501)256-7444 | |
| **CELL PHONE:** | |
| **SSN:** xxxx-xx-6115 | |
| **INSURANCE** ▇▇▇ **POLICY** ▇▇▇ **GROUP** | |
| BLUE CROSS BLUE SHIELD | |
| **RESPONSIBLE PARTY:** WOODUS, JOEY | **NAME OF EMPLOYER:** ☐ |
| **PHONE:** ▇▇▇▇ | **EMPLOYER PHONE:** |
| **HOSPITAL MRN:** | **SUPERVISOR:** |
| **HOSPITAL FIN:** | **SUPERVISOR PHONE:** |

## MEDICAL HISTORY

**HISTORY OBTAINED FROM:** PATIENT, BYSTANDER

**MEDICAL HISTORY:** STROKE/CVA

**ALLERGIES:** NONE,

**ALLERGY DESCRIPTION:**

**MEDICATIONS:** UNKNOWN

**DOES THE PATIENT DISPLAY/COMPLAIN OF ANY OF THE FOLLOWING SYMPTOMS?**                                    TRUE
- FEVER/CHILLS
- HEADACHE, JOINT OR MUSCLE ACHES
- WEAKNESS OR FATIGUE
- STOMACH PAIN, DIARRHEA, OR VOMITING
- ABNORMAL BLEEDING!

**DURING THE PAST 3 WEEKS, HAS THE PATIENT TRAVELED TO A HIGH RISK AREA OR HAD CONTACT**                   FALSE
**WITH A PERSON WITH SUSPECTED OR CONFIRMED EBOLA?**

DF_000314 [Woodus]

03/02/    Mar. 11. 2016  7:55AM AMR                    → DUNCAN REGIONAL HOSPITAL              No. 7806   P. 19 D 3

## CHIEF COMPLAINTS

CHIEF COMPLAINT CATEGORY: WEAKNESS, CHIEF COMPLAINT CATEGORY: WEAKNESS, CHIEF COMPLAINT CATEGORY: WEAKNESS, CHIEF COMPLAINT CATEGORY: WEAKNESS, ONSET: ACUTE

Case #: 3106                        Date of Service: 03/02/2016                Page: 2 of 3
                                    Joey Woodus                                Printed : 3/2/2016

DF_000315 [Woodus]

03/02 Mar. 11. 2016  7:55AM AMR                    → DUNCAN REGIONAL HOSPITAL            No. 7806   P.  20 D 4

## HISTORY OF PRESENT ILLNESS:

## PHYSICAL FINDINGS

**WEIGHT:** 280 LBS; 127 KG

**PHYSICAL ASSESSMENT**

**HEAD:** SYMMETRICAL

**NECK:** NO JVD

**CHEST:** SYMMETRIC WITH BILATERAL CHEST RISE

**ABDOMEN:** SOFT, NON-TENDER

**PELVIS:** STABLE

**BACK:** SYMMETRIC

**EXTREMITIES:** FULLY INTACT, PURPOSEFUL MOVEMENT

## IMPRESSION

**PRIMARY IMPRESSION:** NEUROLOGICAL - CEREBRAL STROKE

**SECONDARY IMPRESSION:** OTHER - NO SECONDARY IMPRESSION

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASGOW COMA SCALE | | | | EKG | SP02 | BLOOD GLUCOSE | PAIN SCALE |
|------|----------------|-------|------|----|----|----|-------|-----|------|---------------|------------|
| | | | | E | V | M | TOTAL | | | | |
| 01:48 | 113/75 (88) | 54 | 18 | 4 | 5 | 6 | 15 | | | | |
| 01:49 | | | | | | | | | 96 % | | |
| 01:51 | | | | | | | | | | 152 | |
| 01:54 | | | | | | | | | 97 % | | |
| 01:55 | 114/73 (87) | 51 | 18 | 4 | 5 | 6 | 15 | | 96 % | | |

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|-----|------|-----------|-----------|
| | 01:37 | KILLAM, CASSANDRA,AMR | LEVEL OF CONSCIOUSNESS RESPONDS TO (AVPU): ALERT; ORIENTED TO PERSON: YES; ORIENTED TO PLACE: YES; ORIENTED TO TIME: YES; ORIENTED TO EVENT: YES |
| | 01:37 | KILLAM, CASSANDRA,AMR | SKIN ASSESSMENT NORMAL COLOR; ; DIAPHORETIC MOISTURE; ; WARM TEMPERATURE |
| | 01:38 | KILLAM, CASSANDRA,AMR | PUPILS LEFT PUPIL: NORMAL (PERL); RIGHT PUPIL: NORMAL (PERL); LEFT PUPIL SIZE (MM): 4 MM; RIGHT PUPIL SIZE (MM): 4 MM |
| | 01:39 | KILLAM, CASSANDRA,AMR | CINCINNATI STROKE SCALE TIME PATIENT LAST SEEN NORMAL: 210000; FACIAL MUSCLES: NORMAL; ARM DRIFT: LFT SIDE WEAK; SPEECH: DYSPHASIC; SYMPTOMS RESOLVED: NO |
| | 01:48 | KILLAM, CASSANDRA,AMR | VITAL SIGNS - COMMENTS: NIBP (from LifePak 'wired' monitor) |
| | | | GLASGOW COMA SCALE GCS EYES: 4; GCS VERBAL: 5; GCS MOTOR: 6; GCS SCORE: 15 COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | | | VITALS BP: 113/75; PULSE: 54; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: RADIAL; RESPIRATORY RATE: 18; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 01:49 | KILLAM, CASSANDRA,AMR | VASCULAR ACCESS INDICATION: PER PROTOCOL; TYPE: HEP/SALINE LOCK; SITE: ANTECUBITAL-LEFT; GAUGE: 20; ATTEMPTS: 1; RESULT AFTER: UNCHANGED; SUCCESSFUL; TOTAL VOLUME INFUSED (ML): 0.0 |
| | 01:49 | KILLAM, CASSANDRA,AMR | PULSE OXIMETRY 96%; ON ROOM AIR COMMENTS: VITAL SIGNS (FROM LIFEPAK 'WIRED' MONITOR) |
| | 01:51 | KILLAM, CASSANDRA,AMR | BLOOD GLUCOSE BLOOD GLUCOSE READING/LEVEL: 152 |

DF_000316 [Woodus]

03/02/ Mar. 11. 2016  7:55AM AMR                    → DUNCAN REGIONAL HOSPITAL          No. 7806   P. 21 D 5

| | | |
|---|---|---|
| | 01:52 | | **FACILITY ACTIVATION**  TIME ACTIVATED: MAR 2 2016  1:52AM; ACTIVATION TYPE: STROKE ALERT; ACTIVATION METHOD: LANDLINE |
| | 01:54 | KILLAM, CASSANDRA, AMR | **PULSE OXIMETRY**  97%;  ON ROOM AIR  COMMENTS: VITAL SIGNS (FROM LIFEPAK 'WIRED' MONITOR) |
| | 01:55 | KILLAM, CASSANDRA, AMR | **PULSE OXIMETRY**  96%;  ON ROOM AIR  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 01:55 | KILLAM, CASSANDRA, AMR | **VITAL SIGNS** - COMMENTS: NIBP (from LifePak 'wired' monitor) |
| | | | **GLASGOW COMA SCALE** GCS EYES: 4; GCS VERBAL: 5; GCS MOTOR: 6; GCS SCORE: 15  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | | | **VITALS**  BP: 114/73; PULSE: 51; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: RADIAL; RESPIRATORY RATE: 18; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |

## NARRATIVE

DISPATCHED CODE 1 FOR A POSSIBLE STROKE. THE PT IS A 52 YEAR OLD MALE WHO COMPLAINS OF WEAKNESS. THE PT'S COWORKERS STATED IT WAS TIME FOR THEM TO ALL GET UP FOR WORK AND THEY NOTICED HIM ACTING DIFFERENT. THEY STATED THAT HE WAS LYING ON THE BED AND SHAKING AND NOT RESPONDING TO THEM AT ALL. THE PT STATES HE GOT A LITTLE DIZZY BUT THAT WAS ALL. HIS COWORKERS STATED HE HAD A STROKE A YEAR AGO. THE PT DENIED A HEAD ACHE, CHEST PAIN, SHORTNESS OF BREATH, NAUSEA, VOMITING, ANY PAIN, RECENT ILLNESS, OR BLURRY VISION.

ARRIVED TO FIND THE PT SITTING ON THE END OF THE BED LEANING TO HIS LEFT SIDE. THE PT WAS CAOX4, GCS OF 15. AIRWAY WAS PATENT. SPEECH WAS SLURRED AND THE PT WAS STUTTERING AND NOT ABLE TO FORM WORDS. BREATHING WAS NORMAL AND NON-LABORED. SKIN WAS OF NORMAL COLOR, WARM, AND DIAPHORETIC. PUPILS WERE PERRL. LUNG SOUNDS WERE CLEAR AND EQUAL. GRIP STRENGTHS WERE WEAK. SLIGHT ARM DRIFT ON THE LEFT SIDE. NO FACIAL DROOP NOTED. WE HELPED THE PT WALK DOWN THE STAIRS AND HE WAS HAVING TROUBLE WITH HIS BALANCE AND MOVING HIS LEGS. BLOOD SUGAR WAS 152. THE PT WAS ALSO DROOLING. I STARTED AN IV AND MONITORED THE PT'S VITALS EN ROUTE. THE PT'S CONDITION DID NOT CHANGE.

POSSIBLE STROKE.

PT CONTACT, ABCS, HISTORY, STROKE TEST, HELPED PT STAND AND WALK TO THE COT, SECURED PT TO COT WITH ALL 3 SEAT BELTS, MOVED PT TO AMBULANCE, VITALS, IV, BG, ASSESSMENT, CALLED REPORT, VITALS, ARRIVED TO DRH, MOVED PT TO ER BED 8, TRANSFERRED CARE TO RN.

## FOLLOW-UP-CARE

FOLLOW-UP: ⊐          FOLLOW-UP-DATE:          FOLLOW-UP-TIME:

FOLLOW-UP CARE:

## RUN COMPLETION

DF_000317 [Woodus]

Mar. 11. 2016   7:56AM        AMR                    → DUNCAN REGIONAL HOSPITAL       No. 7806   P. 22
03/02/2016 6:21 AM        AMR                    → DUNCAN REGIONAL HOSPITAL       No. 7806   P. 6

## AMR
## DUNCAN
## PRE-HOSPITAL CARE REPORT SIGNATURES
## DUNCAN

Case #: 3106                    Unit ID: WD137                    Date: 3/2/2016

| AMR CREW MEMBERS | |
| --- | --- |
| **CREW 1**<br>NAME: KILLAM, CASSANDRA,AMR<br>NUMBER: 73790<br>CERTIFICATION: Paramedic | *Cassa Killam* |
| **CREW 2**<br>NAME: LEDBETTER, COLTON,AMR<br>NUMBER: 66323<br>CERTIFICATION: EMT | *C. L* |

DF_000318 [Woodus]




**DUNCAN**
REGIONAL HOSPITAL

DUNCAN REGIONAL HOSPITAL, INC.

Woodus, Joey

## STATEMENT OF PATIENT LEAVING HOSPITAL AGAINST MEDICAL ADVICE

NAME: Joey Woodus

MEDICAL RECORD
NUMBER: _____

ADDRESS: _____

DATE OF BIRTH: _____

TELEPHONE: _____

My medical condition has been screened and based upon this screening, the Medical personnel advise hospitalization and/or additional testing or evaluation for an emergency medical condition.

The risks to me include, but are not limited to the following:

INFECTION
SEVERE BLOOD LOSS
IMPOTENCE
DISFIGURING SCARS
LOSS OF FUNCTION OF AN ORGAN LOSS
OF FUNCTION OF AN ARM OR LEG
LOSS OF AN ORGAN

LOSS OF ARM OR LEG
LOSS OF BLADDER FUNCTION
LOSS OF BOWEL FUNCTION
PARALYSIS BELOW THE WAIST
PARALYSIS BELOW THE NECK
BRAIN DAMAGE DEATH

The Medical Personnel and hospital have offered further medical examination and treatment necessary to preserve my life and/or health. I refuse to wait for such treatment. I release the hospital, physician and hospital personnel from any liability or responsibility for any unfavorable or harmful results or injuries which may occur as a result of my refusal to consent or wait for treatment. I acknowledge and agree that this release is binding on my heirs, assigns and estate.

DATE 03/02/16                    SIGNATURE  X Joey Woodus

TIME 12:16                       WITNESS _____

## STATEMENT OF PATIENT LEAVING HOSPITAL AGAINST MEDICAL ADVICE

006680 4/99                                                            NUR2425

BAPTIST HEALTH MEDICAL CENTER—LITTLE ROCK

NAME: JOEY WOODUS                    ATT PHY:
MRN : 00835556                       SEX: M  RACE:
CASE: 62025702                       DOB:
ADM DATE: 04-14-2015                 DICTATED: 04-14-2015 1222
DIS DATE:                            DICT PHY:
TYPE: ECHOCARDIOGRAM


Baptist Health Medical Center – Little Rock

+-------------------------------------------------------------------------------+
:Name: WOODUS, JOEY          Study Date: 04/13/2015 10:51 AM                    :
:MRN : 00835556                                                                 :
:DOB:              (M/d/yyyy)  Gender: Male                                     :
:Age: 51 yrs                                          Height: 72 in            :
:Reason For Study: CVA                                Weight: 232 lb           :
:History: CVA, Hypertension                                                     :
+-------------------------------------------------------------------------------+

Procedures
The inpatient procedure performed was a complete transthoracic
echocardiogram with color flow and doppler. It was performed in the
department . The quality of this study was diagnostic . Bubble study
performed.

Measurements with Normals

| :IVSd: | :(0.6-1.1 | :LVIDd: | :(3.7-5.2 | :Ao root diam: | :(2.0-3.9 |
| :1.2 cm | :cm) | :4.2 cm | :cm) | :3.0 cm | :cm) |
| :LVPWd: | :(0.6-1.1 | :LVIDs: | :(2.3-3.6 | :LA dimension: | :(1.5-4.0 |
| :1.3 cm | :cm) | :2.9 cm | :cm) | :2.8 cm | :cm) |

Left Ventricle
Nondilated LV with normal EF of 60%
No effusion
No thrombus noted
No valve process noted
Bubble study negative for shunt.


MMode/2D Measurements & Calculations
ACS: 1.9 cm                    LVOT diam: 2.3 cm

Doppler Measurements & Calculations
MV E/A: 1.4        MV V2 max:          MV P1/2t max vel:      Ao V2 max:
                   87.3 cm/sec         93.9 cm/sec            129.0 cm/sec
                   MV max PG:          MV P1/2t: 86.8 msec    Ao max PG: 6.7 mmHg
                   3.0 mmHg            MVA(P1/2t): 2.5 cm2    Ao max PG (full):
                   MV V2 mean:         MV dec slope:          3.9 mmHg

Name: Woodus, Joey                    DOB: 08/07/1963

EXHIBIT
F
Charbonneau Aff.

ARCC MEDICAL RECORDS   Fax:501-978-1991      May 16 2016 12:13pm      P005/006

```
               57.0 cm/sec
               MV mean PG:        317.0 cm/sec2      Ao V2 mean:
               1.0 mmHg           MV dec time: 0.23 sec  86.4 cm/sec
               MV V2 VTI:                          Ao mean PG:
               26.0 cm                             4.0 mmHg
                                                   Ao V2 VTI: 25.7 cm
                                                   AVA(I,D): 3.1 cm2

                                                   AVA(V,D): 2.7 cm2

LV V1 max:     CO(LVOT):         PA V2 max:        TR max vel:
83.6 cm/sec    5.1 l/min         94.6 cm/sec       210.0 cm/sec
LV V1 mean:                      PA max PG: 3.6 mmHg  TR max PG:
53.0 cm/sec                                         17.6 mmHg
LV V1 VTI:
19.0 cm
```

Impression
Nondilated LV with normal EF of 60%
No effusion
No thrombus noted
No valve process noted
Bubble study negative for shunt

---

Electronically Signed by:James Douglas Holloway, M.D. 04/14/2015 12:22 PM
Ordering Physician: NAKKAR, SAMER
Performed By: Willis, Peggy, (RDCS)


Signed:
J. D HOLLOWAY
4/14/2015
12:23PM
Document Faxed to Baptist-Health ID #1888

Name: Woodus, Joey                    DOB: 08/07/1963                          Date:

03/30/2016 9:09:30     Sinus rhythm.
                       Low QRS voltages in precordial leads

ID:     #STAT#160330090933          * Unconfirmed Analysis *

D.O.B.:                    Vent. Rate:      78 bpm     Borderline ECG
Meds:                      RR Interval:    761 ms
Class:                     PR Interval:    142 ms
Dr:                        QRS Duration:    86 ms
WOODUS,JOEY                QT Interval:    368 ms
52 y.o.                    QTc Interval:   399 ms
3/30/2016                  QT Dispersion:   14 ms
CSN: 63191609  MRN: 00835656   P-R-T AXIS:  67°  52°  46°

800 380767   3/30/16

Name: Woodus, Joey

DOB: 08/07/1963

Date:

May  16  2016  03:25PM  Hearne  Family  Practice  5012242829

ARCC MEDICAL RECORDS  Fax:501-978-1931    May 16 2016 12:13am    P006/006

page  8

DF_000375 [Woodus]

May 16 2016 03:27PM Hearne Family Practice 5012242829                    page 9

May. 16. 2016 11:23AM   Chenal MRI   501 221 2504              No. 9477   P. 1


# Chenal
## MRI

| | |
|---|---|
| Date: | 4/29/2016 11:00:37 AM |
| Patient Name: | WOODUS,JOEY L |
| Date of Birth: | ▮▮▮▮ |
| Referring Physician: | DR ARCHIE HEARNE |
| Procedure: | BRAIN |
| Exam: | MR |

EXAM DESCRIPTION:

MRI BRAIN WITHOUT CONTRAST

CLINICAL INDICATION:

Stroke

COMPARISON:

None available

TECHNIQUE:

Sagittal T1, axial T2, axial T1, axial FLAIR, coronal T1, and axial diffusion-weighted imaging was performed through the brain without contrast.

FINDINGS:

Several clustered T2 hyperintensities within the left centrum semiovale/corona radiata and adjacent to the interim of the left lateral ventricle do not display reduced diffusivity and are most compatible with a non-acute infarctions. An additional non-acute infarction involves the right paramedian pons. The left lateral ventricle exhibits mild ex vacuo dilatation. No intracranial mass effect is demonstrated. Cisternal spaces are maintained normally.

IMPRESSION:

Non-acute infarctions within the right paramedian pons and left periventricular zone; no acute abnormality

***** Final *****

Dictated by: FITZGERALD, RYAN T.

Dictated DT/TM: 04/29/2016 1.22

Signed (Electronic Signature). FITZGERALD, RYAN T. 04/29/2016 1:22

Technologist: Schweizerhof, James

Accredited by the American College of Radiology
11300 Financial Centre Parkway, Suite 400   Little Rock, Arkansas 72211-3747
(501) 221-2502   Toll Free: (866) 221-2502   Fax: (501) 221-2504   www.chenalmri.com

**EXHIBIT**

**G**

Charbonneau Aff.

DF_000376 [Woodus]

# FAX COVER SHEET

DATE: 8/9/16

TO: Rhonda Ross          FROM: Velda

FAX: 402-233-3456        FAX: 501-224-2829

PHONE: _____   PHONE: _____

NUMBER OF PAGES INCLUDING COVER SHEET: _____

COMMENTS:

CONFIDENTIALITY NOTICE:

This fax transmission contains confidential information belonging to the sender, which may include proprietary information of Infinity Clinical Laboratories. The information is intended only for the use of the individual identified above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action on reliance on the contents of this faxed information is strictly prohibited. If you have received this fax in error, please notify us by telephone immediately to arrange for return or destruction of the documents.



EXHIBIT
H
Charbonneau Aff.

DF_000383 [Woodus]

## Procedure Record                    WOODUS, JOEY LYDELL - 1077284

* Final Report *

| | |
|---|---|
| Result Type: | Procedure Record |
| Result Date: | 07 June 2016 19:06 CDT |
| Result Status: | Auth (Verified) |
| Result Title: | Neurology Report |
| Performed or Dictated: | KHALEEL, GHULAM M on 07 June 2016 19:06 CDT |
| Verified By: | KHALEEL, GHULAM M on 08 June 2016 14:36 CDT |
| Encounter info: | A1614500056, SVI Infirmary, Outpatient, 6/7/2016 - 6/7/2016 |
| Contributor system: | LR_MMODL_TRN |

### * Final Report *

**Neurology Report**

```
PATIENT:      WOODUS, JOEY LYDELL
DICT.MD:      Ghulam Mohammed Khaleel, MD
ATTD.MD       Archie Hearne, MD
MR#:          01077284
CASE #:       A1614500056            ROOM#:
ADMIT:        06/07/2016             DISCH:

DATE OF SERVICE:
```

INDICATIONS:
The patient is a 52-year-old gentleman, who seems to have suffered with a
stroke and recently suffering with blackout episodes.  His roommate noticed
that he was unresponsive for a few minutes and EMT were called in.  He denies
any urinary incontinence or tongue biting.

Current list of medications include statin, Bayer Aspirin, and
antihypertensive medication.

TECHNIQUE AND FINDINGS:
The background activity consisted of very low-amplitude 9 to 10 cycles per
second, fairly well-developed, fairly well-sustained and symmetric alpha
rhythm seen over both hemispheres with good posterior to anterior gradient and
reactivity to eye opening and eye closure.

Hyperventilation has not been performed.  Photic stimulation did not produce
any abnormalities.

Brief drowsiness is noted with deeper stages of sleep have not been captured.

| | | |
|---|---|---|
| Printed by: | **HEARNE, ARCHIE, MD** Family Practice | Page 1 of 2 |
| Printed on: | 8/1/2016 16:19 CDT | (Continued) |

DF_000384 [Woodus]

## Procedure Record

### WOODUS, JOEY LYDELL - 1077284

* Final Report *


IMPRESSION:
Essentially normal, awake, and brief drowsy EEG.  Seizure focus is not
identified, nor is there any structural lesion seen.


GMK/MODL
D:  06/07/16 19:06   T:  06/07/16 21:21   Job #:  330561/701922745


_____
Ghulam Mohammed Khaleel, MD

**Signature Line**
Request for Electronic Authentication By:

   KHALEEL, GHULAM M Electronically Authenticated On: 06/08/2016 02:36 PM

   KHALEEL, GHULAM M Electronically Authenticated On: 06/08/2016 02:36 PM

**Completed Action List:**
* Perform by KHALEEL, GHULAM M on 07 June 2016 19:06 CDT
* Transcribe by  on 07 June 2016 21:21 CDT
* Sign by KHALEEL, GHULAM M on 08 June 2016 14:36 CDTRequested on 07 June 2016 22:40
CDT
* VERIFY by KHALEEL, GHULAM M on 08 June 2016 14:36 CDT

DF_000385 [Woodus]

08-11-'16 16:40 FROM-  BH Neurology          5012270105          T-821   P0002/0003 F-182



**Baptist Health**

**NEUROLOGY OUTPATIENT CLINIC**

9601 Baptist Health Dr, Suite 250
Little Rock, AR 72205
Office 501.227.0421
Fax 501.227.0105

Mohammad Daaif, M.D.

Patient Name: Joey Woodus

Date of Birth: ▉▉▉▉▉

Referring Physician: DEREK LEWIS MD

Date of Office Visit: 07/13/2016 10:19 AM

**Chief Complaint:** syncope

**History of Present Illness:**
Joey Woodus is a 52 year old male who comes in today after a syncopal episode. In March
of this year he woke up very early one morning to go to a work site and his friends told him
that he "seemed a little out of it" while sitting on the bed and trying to get ready. No foaming
at the mouth, incontinence, or shaking. The patient has no memory of this. They called 911
and he went to an outside hospital  where he was observed for a  few hours and then
released after a brain MRI and EEG were reportedly normal. He notes that he had a cold and
was taking some over the counter medications at this time and he thinks it could've been
interfering with his regular medications and making him more tired. No recurrent symptoms
since he was released. He denies a history of stroke, seizures, focal numbness/weakness,
vision changes, speech changes, confusion, walking problems, chest pain, SOB, fever,  or
recent fall/trauma. He is anxious to return to work for the railroad but says that he must have
cardiology and neurology clearance first.

**Review of Systems:**
Review of 12 systems were negative except as above.

**Past Medical History:**
As reviewed in HPI
HTN
HPLD

**Family History:**
Noncontributory

**Social History:**
Denies ETOH or tobacco use

RE: Joey Woodus          DOB: 08/07/1963



EXHIBIT

I

Charbonneau Aff.

DF_000393 [Woodus]

08-11-'16 16:40 FROM- BH Neurology          5012270105              T-821  P0003/0003 F-182

**Medications:** see complete list in chart

**Exam:**
General: No acute distress.
Neck: Supple
Extremities: No clubbing, cyanosis or edema.
Skin: No rashes.
Mental Status: Patient was awake, alert oriented to place, person, and situation. Language and speech were normal.
Cranial Nerves: Pupils were equal, round and reactive to light. Eyes appeared conjugate with full range of extraocular movements. Smooth pursuit and intact voluntary saccades. Visual field was full. No nystagmus. Face was symmetric with normal strength of orbicularis oculi and oris. No ptosis. No Horner's syndrome. Sensation was symmetrical. Palatal movements were symmetric, and tongue appeared midline. Face turns were strong bilaterally, and shoulder shrugging was symmetric and normal. Bil Fundus exam was unremarkable.
Motor: Strength 5/5 in all major muscle groups without atrophy or fasciculations. Normal tone without cogwheeling. No abnormal or involuntary movements.
Reflexes: Symmetrical. No abnormal reflexes.
Sensation: Intact.
Cerebellar: Intact. No bradykinesia.

**Impression and Plan**
1. One time episode of altered mental status
2. HTN
3. HPLD

Episode possibly secondary to taking OTC cold medications. He denies a history of seizures or stroke in the past. No recurrent symptoms since the event in March. We will send for a copy of his recent brain MRI and EEG results done at an outside hospital in March and if these are normal then it's ok with me for him to return to work.

Follow up PRN

Thank you.

Mohammad Daaif. M.D

Mohammad Daaif MD

Document generated by: Olivia K. Cox  07/13/2016 10:35 AM

RE: Joey Woodus        DOB: 08/07/1963

DF_000394 [Woodus]

 **Baptist Health**

| | |
|---|---|
| BHMC LITTLE ROCK<br>9601 Baptist Health Drive<br>Little Rock AR 72205-7299<br>Inpatient Record | WOODUS,JOEY<br>MRN: 00835556<br>DOB:▇▇▇▇ Sex: M<br>Adm: 4/12/2015, D/C: 4/20/2015 |

## Imaging - All Results (continued)

Resulted: 04/13/15 2223, Result status: In process

**MRI Brain WO Contrast [148981278] (continued)**

04/13/15 2020

Resulted: 04/13/15 2238, Result status: In process

**MRI Brain WO Contrast [148981278]**

| | | | |
|---|---|---|---|
| Ordering provider: | Richard G Pellegrino, MD  04/13/15 2016 | Resulted by: | W. B Pierce, MD |
| Performed: | 04/13/15 2020 - 04/13/15 2238 | Resulting lab: | BHMC IMAGECAST |

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 04/13/15 2020 |

Resulted: 04/14/15 0928, Result status: Final result

**MRI Brain WO Contrast [148981278]**

| | | | |
|---|---|---|---|
| Ordering provider: | Richard G Pellegrino, MD  04/13/15 2016 | Resulted by: | W. B Pierce, MD |
| Performed: | 04/13/15 2020 - 04/13/15 2238 | Resulting lab: | BHMC IMAGECAST |

Narrative:

BAPTIST HEALTH MEDICAL CENTER-LITTLE ROCK

NAME: JOEY WOODUS          ATT PHY: SAMER NAKKAR
MRN : 00835556          SEX: M  RACE: 2
CASE: 62025702          DOB: ▇▇▇▇
ADM DATE: 04-12-2015          DICTATED: 04-14-2015 0609
DIS DATE:          DICT PHY: W.BRADLEY PIERCE
TYPE: RADIOLOGICAL EXAMINATION


     BAPTIST HEALTH IMAGING CENTER - LITTLE ROCK (MRI)
04/13/2015

MRI scan of brain without contrast material

History - Slurred speech for 2 days.

Comparison - CT scan dated 04/12/2015.

MR technique - Sagittal T1, as well as axial diffusion, T1, T2 and
FLAIR images of the brain were acquired along with a coronal
fat-suppressed T1 weighted series.

Findings - The ventricular system and cortical sulci are normal.
There are 4 infarcts of relatively acute age with restricted
diffusion involving left cerebral white matter, the largest in the
left frontal centrum semiovale.  These are watershed type infarcts
with central white matter location.  There is no associated
hemorrhage.  There is no right cerebral infarction.  The brainstem
and cerebellum are normal.  There are mild chronic small-vessel
ischemic changes additionally in the supratentorial white matter with
a few scattered foci with increased signal intensity on FLAIR and
T2-weighted images.  Intracranial carotids show normal flow void.
There is some increased signal intensity in the left vertebral artery



EXHIBIT

J

Charbonneau Aff.

DF_001860 [Woodus]

 **Baptist Health**

| | | |
|---|---|---|
| BHMC LITTLE ROCK | WOODUS,JOEY | |
| 9601 Baptist Health Drive | MRN: 00835556 | |
| Little Rock AR 72205-7299 | DOB: ███████ Sex: M | |
| Inpatient Record | Adm: 4/12/2015, D/C: 4/20/2015 | |

## Imaging - All Results (continued)

Resulted: 04/14/15 0928, Result status: Final
result

**MRI Brain WO Contrast [148981278] (continued)**

distally on series 7 with diminished flow signal on series 5.  These
findings could be due to a stenosis or turbulent flow.  The brainstem
and the cerebellum are normal.  The craniocervical junction is
normal.

The pituitary gland is not enlarged.  The orbits are normal.  A small
retention cyst is seen in left ethmoid air cells.  Otherwise, the
sinuses are clear.  There are no calvarial lesions.

Impression -

1.  There are 4 relatively acute infarcts with restricted diffusion
    involving white matter in the left cerebral hemisphere.  The
    largest is in the left frontal centrum semiovale measuring about
    1.7 cm.  These are watershed distribution infarcts.  There is no
    associated hemorrhage.

2.  Additionally, there are mild chronic small-vessel ischemic
    changes in the supratentorial white matter.

3.  There is some diminished flow void in the left vertebral artery
    distally, probably due to distal vertebral artery stenosis.

Location 1 - This report was generated at Baptist Health Medical
Center/Little Rock.

This document has passed e.s. verification 4/14/2015 9:24 AM
W.BRADLEY PIERCE, M.D./pc 2512
BAPTIST HEALTH IMAGING CENTER - LITTLE ROCK (MRI)
Accession#: 1100148981278    (Job#: 94548)   (Report#: 10390142)
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 04/13/15 2020 |

Resulted: 04/14/15 1156, Result status: In
process

**CT Angiogram Head/Circle of Willis W Contrast [148981283]**

| | | | |
|---|---|---|---|
| Ordering provider: | Priyantha N Wijewardane, MD 04/14/15 0959 | Resulted by: | Whitney J Goodwin, MD |
| Performed: | 04/14/15 1000 - 04/14/15 1402 | Resulting lab: | BHMC IMAGECAST |

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 04/14/15 1000 |

Resulted: 04/14/15 1402, Result status: In
process

**CT Angiogram Head/Circle of Willis W Contrast [148981283]**

| | | | |
|---|---|---|---|
| Ordering provider: | Priyantha N Wijewardane, MD | Resulted by: | Whitney J Goodwin, MD |

DF_001861 [Woodus]