# Baptist Health
## NEUROLOGY OUTPATIENT CLINIC

BH Neurology Outpatient Clinic Suite 310

08/01/2017

To Whom It May Concern:

Joey Woodus was seen in my office on: 08/01/2017
He may return to work on 08/07/2017.

Activity is restricted as follows: none.

Sincerely,

*[signature]* MCMSc, PA-C

Timothy M. Booker PA
**Document generated by: Mary C. Mcbee 08/01/2017**

9601 Baptist Health Drive Suite 800
Little Rock, AR 722056325

Phone: (501)227-0421

EXHIBIT 11

Woodus, Joey L. 000000007447 08/07/1963 08/01/2017 02:31 PM Page: 1/1

DF_001722 [Woodus]

# BH Neurology Outpatient Clinic
9601 Baptist Health Drive Suite 800
Little Rock, AR 72205-6325
(501) 227-0421

| LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB | AGE | SEX | MEDICAL RECORD | CREATE DATE | SEQ NO |
|---|---|---|---|---|---|---|---|---|---|
| Woodus | Joey | L | | | 53 yrs. | M | 7447 | 08/01/17 | 38 |

| PATIENT ADDRESS | PHONE | APPOINTMENT | DETAILS |
|---|---|---|---|
| | | Date: 08/01/17  Time: 3:00 P | Routine Follow Up   Booker clinic closed on 7 |

| INSURANCE INFORMATION | GROUP NAME | GROUP NUMBER | POLICY NUMBER | EVENT |
|---|---|---|---|---|
| Bcbs Arkansas | | | | Follow Up |

| RENDERING PHYSICIAN NAME | REFERRING PHYSICIAN NAME | REFERRING location | LAST PRIMARY DX | Global Days | ENCOUNTER |
|---|---|---|---|---|---|
| Booker PA, Timothy M | Lewis, Derek | | R55 | | 56051 |

| AMOUNT OF LAST PAYMENT | DATE OF LAST PAYMENT | CHART BALANCE | PATIENT INS BALANCE | PATIENT SELF BALANCE | Signature |
|---|---|---|---|---|---|
| $219.64 | 07/27/2016 | $35.00 | $0.00 | $35.00 | |

- 99201 Brief
- 99202 Expanded
- 99203 Detailed
- 99204 Comp-Mod
- 99205 Comp-High
- 99241 Problem Focused
- 99242 Expanded Problem Focused
- 99243 Det. Prob. Foc. (Low Comp)
- 99244 Comprehensive (Mod Comp)
- 99245 Comprehensive (High Comp)
- 99211 Minimal
- 99212 Limited
- 99213 Expanded Low
- 99214 Comp-Mod
- 99215 Comp-High

Imp
? Pre Syncope Event
⊖ MRI
⊖ RRS
⊖ cardio [illegible]
Asymptomatic   all [illegible]

Plan:
1) ok RTW
2) cont CPAP
3) RTC prn

LAST DIAGNOSIS
1. R55 Syncope and collapse

| PLAN CO-PAY | TODAY'S CHARGES | TODAY'S PAY/ADJ | TODAY'S ENDING BALANCE | DATE PRINTED |
|---|---|---|---|---|
| | $0.00 | $0.00 | | 08/01/17 2:40 PM |

DF_001723 [Woodus]