IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOEY WOODUS                                                                                       PLAINTIFF

v.                                    CASE NO. 4:16CV00745-BRW

UNION PACIFIC RAILROAD CO.                                                        DEFENDANT

## PLAINTIFF JOEY WOODUS' OBJECTIONS TO UNION PACIFIC'S PRE-TRIAL DISCLOSURES

Plaintiff Joey Woodus, by and through counsel, submits the following Objections to Union Pacific's Pretrial Disclosures:

**1.      Objections to Union Pacific's Proposed Stipulations:**

1. Agreed.

2. Agreed.

3. Agreed in part, objection in part. Dr. Hearn received a call from the facility in Duncan, Oklahoma regarding his condition. Deposition of Dr. Archie Hearne attached to Def's MSJ as Exhibit 6 at p. 9:11-25.

4. Agreed.

5. Agreed.

6. Agreed.

7. Agreed.

8. Agreed.

9. Agreed.

10. Agreed.

11. Agreed.

12. Agreed.

13. Agreed in part, objection in part. Union Pacific has had access to Mr. Woodus' medical records through HIPAA release, litigation and request. It was a known fact that Mr. Woodus has suffered a stroke in 2015 which was never addressed by Union Pacific until November 20, 2017.

14. Agreed.

15. Objection. Woodus was never supplied these rules or informed of these rules.

16. Objection. Union Pacific's medical rules do not outline any specific guidelines or materials that are relevant, relied upon or used in any determination.

17. Agreed.

18. Agreed.

19. Plaintiff has no knowledge of Union Pacific's email searches and therefore objects to any stipulation.

2. **A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statements, closing arguments, or any other part of the trial, whether or not they will be offered in evidence.**

   1. Agreed.

   2. Agreed.

   3. Agreed.

   4. Agreed.

   5. Agreed.

   6. Agreed.

7. Agreed.

8. Agreed.

9. Agreed.

10. Agreed.

11. Agreed.

12. Agreed.

13. Agreed.

14. Agreed.

15. Objection.  FRE 401, 403.

16. Objection.  FRE 404, 801, 802, 901, 1002.

17. Agreed.

18. Agreed.

19. Agreed.

20. Objections.  FRE 401, 801, 802.

21. Agreed.

By: s/ Chester H. Lauck, III
Chester H. Lauck, III
LAUCK LAW FIRM
117 S. Victory St.
Little Rock, AR 72201
Phone: (501) 375-2825
Facsimile: (501) 375-2826
chet@laucklaw.com

&

James R. Ferguson
LAW OFFICE OF H. CHRIS CHRISTY, PA
201 W. Broadway, Ste. G12

North Little Rock, AR 72114<br>
Phone: (501) 758-0278<br>
Facsimile: (501) 758-0480<br>
Jferguson.raillaw@gmail.com

## **CERTIFICATE OF SERVICE**

      I, James R. Ferguson, hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record on this the 17th day of January, 2018.

Elizabeth Robben Murray
Allison Pearson
Khayyan Eddings
Friday, Eldredge & Clark LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
Murray@fridayfirm.com
Afray@fridayfirm.com

Torry Garland
Union Pacific Railroad Company
Law Department
1400 Douglas Street
Omaha, NE 68179
Telephone: (402) 544-3135
E-mail: tngarland@up.com

s/ Chester H. Lauck, III____<br>
Chester H. Lauck, III