# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOEY WOODUS**                                                        **PLAINTIFF**

**VS.**                          **4:16CV00745 BRW**

**UNION PACIFIC RAILROAD CO.**                              **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial April 10, 2018, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on April 12, 2018, in favor of the Defendant, Union Pacific Railroad Company.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Joey Woodus, take nothing on his complaint against the Defendant, Union Pacific Railroad Company, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of April, 2018.


                                        /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE